## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| DORIS PROMAN, and | ) | |
| GLENN J. PROMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV424-002 |
| | ) | |
| CAROL BACON MILLER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

*Pro se* plaintiff Doris Proman has filed a pleading of an ambiguous nature. *See generally* doc. 1. She paid the filing fee, but there is no record that she has requested a summons directed to any defendant. *See generally* docket. On January 12, 2024, the undersigned received correspondence from Proman. The intent of that correspondence is unclear. To the extent that the correspondence is comprehensible, it refers to a "case." *See, e.g.,* Exhibit A at 3-4. The Court infers that this is a reference to the present case, as this is the only case she has pending, but the correspondence does not include any information that expressly indicates Proman intended it to be filed into the docket of this case, specifically. Nevertheless, the Court preserves a record of it on the

docket, but for the reasons discussed below, the Court will take no further action related to it.

Correspondence addressed to judges is not a proper form to request relief or file documents in a case. *See, e.g., In re Unsolicited Letters to Federal Judges*, 120 F. Supp. 2d 1073, 1074 (S.D. Ga. 2000) ("[I]f a litigant seeks judicial action of any sort . . ., it must be contained within a *motion* . . . . It cannot be requested in a personal *letter* to a judge."). Any request for relief of any description must be made by motion. *See, e.g.,* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion," in writing, stating "with particularity the grounds," and stating the relief sought). Even if the Court charitably construed Proman's correspondence, *see, e.g., Erickson v. Pardus*, 551 U.S. 89, 94 (2007), it does not seek any relief the Court can discern, nor does it present any apparent grounds for any relief. Proman is advised that disregard of the Court's rules, including both the Federal Rules of Civil Procedure and the Local Rules, and filing of meritless documents may subject her to sanctions, including dismissal of her case. *Cf. Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[O]nce a *pro se* [*in forma pauperis*] litigant is in court, he is subject to the relevant law and rules of court,

including the Federal Rules of Civil Procedure.  These rules provide for sanctions for misconduct and for failure to comply with court orders."); *see also Patterson v. Aiken*, 841 F.2d 386, 387 (11th Cir. 1988) ("[*P*]*ro se* filings do not serve as an impenetrable shield, for one acting *pro se* has no license to . . . clog the judicial machinery with meritless litigation, and abuse already overloaded court dockets.").  Since the correspondence is improper and does not clearly request any relief, the Court will take no further action related to it.  To the extent that Proman seeks any relief or other action from the Court, she remains free to request it through a properly presented and filed motion.  To ensure a complete record is preserved, the Court attaches the correspondence received, in its entirety, as Exhibit A to this Order.

In its attempt to discern the purpose of Proman's correspondence, the Court reviewed the Complaint she filed.  *See* doc. 1.  That review revealed significant defects.  Proman's Complaint is presented, in part, on a form.  *See, e.g.,* doc. 1 at 1.  In response to the form's prompt's Proman has identified herself and Glenn J. Proman as the plaintiffs.  *Id.* She invokes this Court's federal question jurisdiction, asserting that her claims arise under the Constitution's First, Fourth, Fifth, and Sixth

3

Amendments.  *See id.* at 2.  Her list of constitutional provisions concludes with the otherwise unexplained notation "commit murder."  *Id.*  Her identification of the defendants is somewhat less clear, but the Clerk identified no fewer than eighteen.  *See generally* docket.  Rather than assert the factual bases of her claim or claims, Proman simply incorporates "attachments," doc. 1 at 3, which the Court construes as a reference to the approximately 275 pages on the docket, *see* docs. 1, 1-1, 1-2, 1-3 & 1-4.  Similarly, her request for relief incorporates the attachments.  *See* doc. 1 at 3.  The Complaint is signed only by Doris Proman.  *See id.* at 4.

The first defect in the Complaint is that it purports to assert claims on behalf of Glenn J. Proman but is not signed by him or by any proper representative.  Doris Proman has signed the Complaint "*pro se.*" Doc. 1 at 4.  Although parties are authorized by statute to pursue cases *pro se*, that authorization is limited to "their own cases." 28 U.S.C. § 1654.  The Eleventh Circuit has explained that "[t]he provision appears to provide a personal right that does not extend to the representation of the interests of others." *Timson v. Sampson*, 518 F.3d 870, 873 (11th Cir. 2008); *see also, e.g., Franklin v. Garden State Life Ins.*, 462 F. App'x 928, 930 (11th

Cir. 2012) ("The right to appear *pro se* . . . is limited to those parties conducting 'their own cases' and does not apply to persons representing the interests of others." (citations omitted)).  To the extent that Glenn Proman wishes to assert any claims in this case without an attorney, he must sign pleadings himself.

The second issue is that the Complaint, as currently presented, can only be characterized as what is "often disparagingly referred to as [a] 'shotgun pleading.'" *Weiland v. Palm Beach Cty. Sheriff's Office*, 792 F.3d 1313, 1320 (11th Cir. 2015).  The Eleventh Circuit has engaged in a "thirty-year salvo of criticism aimed at shotgun pleadings, and there is no ceasefire in sight." *Id.* at 1321 & n.9 (collecting cases).  The crux of the Court's admonishment of shotgun pleadings is that they fail to adhere to pleading requirements designed to ensure that a defending party is provided enough clarity to adequately respond. *Cf.* Fed. R. Civ. P. 8–11 (rules for civil pleadings before the Federal Courts).  They typically present in four varieties:  (1) a complaint containing multiple counts where each count adopts the allegations of all preceding counts; (2) a complaint that is replete with conclusory, vague, and immaterial facts not obviously connected to any particular cause of action; (3) a pleading

5

that does not separate into a different count each cause of action or claim for relief; and (4) a pleading that asserts multiple claims against multiple defendants without specifying which defendant allegedly committed which claim. *Adams v. Huntsville Hosp.*, 819 Fed. App'x. 836, 838 (11th Cir. 2020) (citing *Weiland*, 792 F.3d at 1321–23). To the extent that the Complaint's claims are discernable at all, they fall into the third and fourth categories.[1]

"A district court has the 'inherent authority to control its docket and ensure the prompt resolution of lawsuits,' which includes the ability to dismiss a complaint on shotgun pleading grounds." *Vibe Micro, Inc. v. Shabanets*, 878 F.3d 1291, 1295 (11th Cir. 2018) (quoting *Weiland*, 792 F.3d at 1320). Before doing so, plaintiffs are entitled to a single opportunity to amend their pleadings in order to better present their claims. *See id.* at 1296. Therefore, Proman is **DIRECTED** to file an

---

[1] The Complaint's failure to allege any facts at all also renders it frivolous. The Supreme Court has explained that "a complaint . . . is frivolous when it lacks an arguable basis in either law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Since the Complaint, as discussed above, does not include any factual allegations, invoke any discernable legal framework in support of relief, or, indeed, claim any particular relief, it clearly "lacks an arguable basis" in both law and fact. The Complaint might, therefore, be dismissed *sua sponte*. *See Fitzgerald v. First E. Seventh Street Tenants Corp.*, 221 F.3d 362, 264 (11th Cir. 2000) (holding "district courts may dismiss a frivolous complaint *sua sponte* even when the plaintiff has paid the required filing fee . . . .").

Amended Complaint by February 9, 2024.  The Amended Complaint must comply with the requirements of Federal Rules of Civil Procedure 8–11, which, *inter alia*, requires short and plain statements.[2]  The pleading must specifically identify each claim asserted, the facts supporting each specific claim, and the defendants against whom those particular claims are asserted.  Glenn Proman must sign it to assert claims and to be considered a plaintiff, and Doris Proman may not proceed *pro se* on his behalf.  The Amended Complaint must also include a statement of the basis for the Court's jurisdiction, a recitation of all material facts, and a prayer for monetary, declaratory, or injunctive relief.  The Amended Complaint will supersede the current Complaint and should reassert all claims against all named defendants.  *See Malowney v. Fed. Collection Deposit Grp.*, 193 F.3d 1342, 1345 n. 1 (11th Cir. 1999) ("An amended complaint supersedes an original complaint"); *Varnes v. Local 91, Glass Bottle Blowers Ass'n of U.S. & Canada*, 647 F. 2d 1365, 1370 n. 6 (11th Cir. 1982) ("As a general rule, an amended complaint supersedes and replaces the original complaint unless the

---

[2] A copy of the Federal Rules of Civil Procedure is available on the federal judiciary website at https://www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-rules-civil-procedure.

amendment specifically refers to or adopts the earlier pleading.").  The Clerk is **DIRECTED** to send her blank copies of Form Pro Se 1 (Complaint for a Civil Case) and Form Pro Se 15 (Complaint for Violation of Civil Rights (Non-Prisoner)).  Proman is advised that failure to submit her amendment timely may result in dismissal for failure to obey a court order or failure to prosecute.  *See, e.g.,* Fed. R. Civ. P. 41(b).

 **SO ORDERED,** this <u>19th</u> day of January, 2024.

       _____

       CHRISTOPHER L. RAY
       UNITED STATES MAGISTRATE JUDGE
       SOUTHERN DISTRICT OF GEORGIA

EXHIBIT A

IN THE MAGISTRATE COURT OF BRYAN COUNTY
STATE OF GEORGIA

Civil Action No.: 2023-307CD

67 Proman Hill LLC

vs

Doris and Glenn Proman
67 Proman Hill Road
Richmond Hill, GA 31324

*I submitted pictures, only some were excepted. My lord, you have all the pictures. my sister-in-law took my feet pictures.*
*The lawyer for the Plaintiff need not know what to say when he saw the company papers on David and Carol Bacon Miller.*

Filed In Open Court
TIME 12:11 P.M.
JAN 4 2023
Rebecca G. Crowe
Clerk of Courts
Bryan County, Georgia

**ORDER AND JUDGMENT**

The above-styled case having regularly come on before the Court, Defendant(s) having filed an answer and appeared, and the Court having heard and considered evidence, pleadings, and testimony, finds that the Plaintiff(s) is/are entitled to a Writ of Possession and a judgment against the Defendant(s), in the amount of **$3,193.84 plus $92.00 in court costs.**

*includes $92.00*

In order for Defendant(s) to file a petition for review of this Order and Judgment, Defendant(s) shall be required to pay into the Registry of the Court **$3,285.84** which is all sums found by this Court to be due for rent in order for Defendant(s) to remain in possession of the premises.

Moreover, in the event a petition for review is filed by Defendant(s), until such review/appeal is finally determined, Defendant(s) shall pay into the Registry of the Court **$543.43 on the first (1st) day of each calendar month, beginning the calendar month immediately following the date of this Order,** pursuant to O.C.G.A. § 44-7-54, which payments shall be made by cash or cashier's check on or before 4:00 p.m. on the dates set forth herein, time being of the essence. In the event there is a failure to make any of the payments set forth herein, Plaintiff shall be entitled to and granted a Writ of Possession instanter, without notice or further Order of this Court.

**WRIT OF POSSESSION**

**To:** The Sheriff of the Superior Court of Bryan County and to his lawful deputies and to all and singular the law enforcement officers of the State or their lawful deputies; and to all lawful Constables of said State:

Whereas Plaintiff(s) has/have lately, in our Magistrate Court for said County, by the judgment of said Court been adjudged entitled to recover of Defendant(s) above named, possession of certain premises situated at the above-named address which premises have been and are still unjustly, as it is adjudged in said Court, withheld from Plaintiff(s) by Defendant(s).

THEREFORE, WE COMMAND YOU, that without delay, you deliver to the Plaintiff(s) full and quiet possession of the said premises so recovered with the appurtenances.

This 4th day of January 2024.

Judge Carolyn D. Shervette-Montgomery
Magistrate Court of Bryan County

Eviction effective as of **January 11, 2024 at 5:00 pm**
Eviction Requested _____

THIS WRIT SHALL AUTOMATICALLY EXPIRE IF NOT EXECUTED WITHIN 30 DAYS AFTER THE EFFECTIVE DATE. ANY PARTY MAY REQUEST AN EXTENSION OF THIS WRIT BY FILING A REQUEST WITH THE COURT AND SERVING A COPY UPON ALL OTHER PARTIES, WHEREUPON THE MATTER SHALL BE SET FOR A HEARING.

I will submit more evidence but, not now, these people mean business. Please take this case higher. It is a Crimminal Case Now!

My lord with all due respect, please listen! These people are not playing.

Respectfully;

Doris Prisman

Afonso Proman
9664 Ford Ave. Unit 2386
Richmond Hill, Ga. 31324
dosproman 30 @ gmail. com
January 6, 2023

Subject: This is now a criminal Case not a civil
case (Contracts to Kill are out).

My dear lord Christopher L Ray "Good ofay"!

My name is Afons Proman. When I appeared at the
Magistrate Court in Richmond Hill, Ga.; I was aprooed by a
clerk of court. I told her my case was going to the
federal Court. Then the plaintiffs attorney called her own
and she came back to me telling me a different
story. First she stated, "yes Miss Proman," "We saw
were your case is in federal case and will dismiss it
here," then after her speaking with the plaintiffs lawyer
She came to me and said, "sorry we made a
mistake," "sorry". This has been going on for a long
time. As it is a tittle in the beginning should have
never been taken place in this lower court. They brought
it in as a forecloser which it never was served to us.
(My lord you have the evidence). Now they want me to
pay into the clerkly court a certain amount of monies
and have my case heard now in this Court!
(superior Court). We never knew about the newspaper page
advettes

My lord, with all due respect. I can not do this.
This is all a fraud. I will also have a letter from
Brad Raffensperger stating he has no knowledge of
this. This is all shameful.

I ask my case be taken to a criminal
court level and I did request for a 12 trial jury.
Please submit the correct paper work to do
follow up. I do protest all judges for wrongfulness
done by certain lawyers. Evendence was
submitted. Murder is taking place against my
lord do M. Please work with me as I will
continue to work with you my lord.

Respectfully Speaking;
Doris Proman
(dproman) doriproman30@gmail.com.
(912) 321-8971

page 2

Control Number : 22040803

# STATE OF GEORGIA
### Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

*This is a Reco Act.*

*Behold! The wolts In Sheeps clothing!*

## CERTIFICATE OF ORGANIZATION

I, **Brad Raffensperger,** the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

### 67 Proman Hill, LLC
**a Domestic Limited Liability Company**

has been duly organized under the laws of the State of Georgia on **02/21/2022** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

*I spoke with the Secretary of State staff and they said this is all un true.*

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **02/23/2022**.



*Brad Raffensperger*

**Brad Raffensperger**
**Secretary of State**

# ARTICLES OF ORGANIZATION

*Electronically Filed*
Secretary of State
Filing Date: 2/21/2022 1:11:38 PM

| | |
|---|---|
| **CONTROL NUMBER** | 22040803 |
| **BUSINESS NAME** | 67 Proman Hill, LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 02/21/2022 |

**ADDRESS**   144 Old Mill Creek Road, Ellabell, GA, 31308, USA

| **NAME** | **ADDRESS** | **COUNTY** |
|---|---|---|
| Carol Bacon Miller | 440 W. Bacon St, P.O. Box 796, Pembroke, GA, 31321, USA | Bryan |

| **NAME** | **TITLE** | **ADDRESS** |
|---|---|---|
| Michael Minard | ORGANIZER | 140 Old Mill Creek Rd, PO Box 629, Ellabell, GA, 31308, USA |

The Company shall be operated and governed by a Manager. Michael Minard is the initial Manager of the Company. The sole member of the Company is Michael Minard.

| | |
|---|---|
| **AUTHORIZER SIGNATURE** | Carol Bacon Miller |
| **AUTHORIZER TITLE** | Attorney In Fact |

*put together by Carol Miller*

Control Number : 22040803

# STATE OF GEORGIA

### Secretary of State
#### Corporations Division
#### 313 West Tower
#### 2 Martin Luther King, Jr. Dr.
#### Atlanta, Georgia 30334-1530

## CERTIFICATE OF REINSTATEMENT

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

### 67 Proman Hill, LLC
#### a Domestic Limited Liability Company

was formed on 02/21/2022, and later administratively dissolved on 09/08/2023. Said entity has filed an application for reinstatement and has paid all fees and penalties due to the Secretary of State. Attached hereto is a true and correct copy of said application.

WHEREFORE, said entity is hereby reinstated as of 10/04/2023, having met the requirements for reinstatement under Title 14 of the Official Code of Georgia Annotated. The reinstatement shall relate back to and take effect as of the date of the administrative dissolution and the entity may resume its business as if the administrative dissolution had never occurred.

*This is all untrue stated by the State's workers. He knows nothing about this*

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **10/12/2023**.



*Brad Raffensperger*

Brad Raffensperger
Secretary of State

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**Application for Reinstatement**

*Electronically Filed*
Secretary of State
Filing Date: 10/4/2023 4:43:20 PM

| | | |
|---|---|---|
| **BUSINESS NAME** | : | 67 Proman Hill, LLC |
| **CONTROL NUMBER** | : | 22040803 |
| **BUSINESS TYPE** | : | Domestic Limited Liability Company |
| **ADMININSTRATIVE DISSOLUTION DATE** | : | 09/08/2023 |

Ground(s) for the administrative dissolution either did not exist or have been eliminated. All taxes owed by the entity have been paid.

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 8435 U.S. Hwy 280, Ellabell, GA, 31308, USA |
| **REGISTERED AGENT NAME** | : | Carol Bacon Miller |
| **REGISTERED OFFICE ADDRESS** | : | 440 W. Bacon St, P.O. Box 796, Pembroke, GA, 31321, USA |
| **REGISTERED OFFICE COUNTY** | : | Bryan |

| | | |
|---|---|---|
| **PRINCIPAL OFFICE ADDRESS** | : | 41 N. College St., PEMBROKE, GA, 31321, USA |
| **REGISTERED AGENT NAME** | : | Carol Bacon Miller |
| **REGISTERED OFFICE ADDRESS** | : | 190 S. College St., P.O. Box 796, Pembroke, GA, 31321, USA |
| **REGISTERED OFFICE COUNTY** | : | Bryan |

| | | |
|---|---|---|
| **AUTHORIZER SIGNATURE** | : | Carol Bacon Miller |
| **AUTHORIZER TITLE** | : | Registered Agent |

*This is all put together by Carol Miller*

*A very powerful Attorney handed me these paperwork and said to me not to mention his name. I promised him.*

## IN THE MAGISTRATE COURT OF BRYAN COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **67 PROMAN HILL LLC**<br>**PO BOX 1090**<br>**LUDOWICI GA 31316** | } } } } | |
| **v.** | } } | **CASE NO:**   **2023-324CD** |
| **DORIS PROMAN**<br>**GLENN PROMAN**<br>**9664 FORD AVE UNIT 2386**<br>**RICHMOND HILL GA 31324** | } } } } } | |

### NOTICE OF HEARING

Notice is hereby given that the above styled case will be brought for **HEARING** in the Magistrate Court on the **4th day of JANUARY, 2024 at 10:00 AM. Your hearing will be held at the BRYAN COUNTY ADMINISTRATIVE COMPLEX located at 66 CPT MATTHEW FREEMAN DR, RM 225, RICHMOND HILL, GA 31324.**

You will receive no further notice. If you wish to be represented by an attorney, please have him/her file a Notice of Appearance prior to the hearing.

**Proper attire is required!! No shorts, cutoffs, tank tops, halter tops, t-shirts, hats or bare feet will be allowed in the Court room.**

This 18th day of December, 2023

_____
Clerk/Deputy Clerk

**PLEASE APPEAR AT YOUR APPOINTED TIME. IF YOU ARE NOT PRESENT AT YOUR APPOINTED TIME, YOUR CASE WILL BE HEARD & DECIDED ON IN YOUR ABSENCE.**

US POSTAGE

quadient

FIRST-CLASS MAIL

$000.63

ZIP 31324
041M11234567

JACKSONVILLE FL 320

20 DEC 2023 PM 4 L

ßECCA G. CROWE
Clerk
of
Superior, State, Juvenile & Magistrate Courts
P.O. Box 670
Pembroke, Georgia 31321

GEORGIA

DORIS PROMAN
GLENN PROMAN
9664 FORD AVE UNIT 2386
RICHMOND HILL GA 31324

31324~699666

**NAVY FEDERAL ⊕**
**Credit Union**

PO Box 3000
Merrifield, VA  22119-3000
navyfederal.org

68-7497
2560

**Cashier's Check**

| Serial No. | Account No. | Date | Amount |
|---|---|---|---|
| 0457566686 | ******1524 | 09/11/23 | $*************543.43 |

Pay
to the  67 PROMAN HILL LLC
Order of  *Sept. payment (Montage) 2023*

REMITTER: DORIS PROMAN

Authorized Signature

⑈256074974⑈     280912     ⑈002

Still have this check. I was in the hospital
having open-heart surgery. First surgery had
problems. Had to have a second one done 2 weeks
later and then I hemmoraged a lot.



Page 2 of 3

**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
07/09/23 - 08/08/23

Access No. ▬▬▬▬

**Statement of Account**
For DORIS PROMAN

## Checking

**EveryDay Checking -** ▬▬▬▬

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|---------------------|-----------|------------|
| 07-09 | Beginning Balance | | 41.05 |
| 07-17 | Deposit | 70.00 | 111.05 |
| 07-18 | Paid To - Compassionfinanc Payment Chk 12204348 | 88.39- | 22.66 |
| 07-31 | Deposit - ACH Paid From Ssi Treas 310 Xxsupp Sec 01Afd9 | 487.00 | 509.66 |
| 07-31 | Cash Withdrawal | 489.00- | 20.66 |
| 08-02 | Deposit - ACH Paid From Ssa Treas 310 Xxsoc Sec 01Afd9 | 447.00 | 467.66 |
| 08-02 | Cash Withdrawal | 447.00- | 20.66 |
| 08-08 | Ending Balance | | 20.66 |

*Average Daily Balance - Current Cycle: $29.67*

### Items Paid

| Date | Item | Amount($) |
|------|------|-----------|
| 07-18 | ACH | 88.39 |

## Savings

**Membership Savings -** ▬▬▬▬

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|---------------------|-----------|------------|
| 07-09 | Beginning Balance | | 51.42 |
| 07-31 | Dividend | 0.01 | 51.43 |
| 08-07 | Deposit | 543.00 | 594.43 |
| 08-07 | Withdrawal By Check | 543.43- | 51.00 |
| 08-08 | Ending Balance | | 51.00 |

*August payment was made* (handwritten)

*Your account earned $0.01, with an annual percentage yield earned of 0.23%, for the dividend period from 07-01-2023 through 07-31-2023*



## CHANGE OF ADDRESS

PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| BANK RATE   (NAME [FIRST] | MI | LAST) | (ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|
| (ADDRESS [NO. STREET]) | | | |
| (CITY | STATE | ZIP CODE) | |
| (SIGNATURE OF NAVY FEDERAL MEMBER) | | | |
| (EFFECTIVE DATE [MO., DAY, YR.]) | (HOME TELEPHONE NUMBER) | | (DAYTIME TELEPHONE NUMBER) |

McGuireWoods LLP
Promenade
1230 Peachtree Street N.E.
Suite 2100
Atlanta, GA 30309-3534
Tel 404.443.5500
Fax 404.443.5599
www.mcguirewoods.com

Paul A. Rogers
Direct: 404.443.5636

## McGuireWoods

progers@mcguirewoods.com

February 7, 2018

**BY CERTIFIED MAIL NO. 70122920000165202311**
**RETURN RECEIPT REQUESTED**

Mr. Glenn J. Proman        (Fed Ex Delivery)
67 Proman Hill Road
Richmond, GA  31324

Re:   *Correspondence received on January 23, 2018*
      *Loan No. xxxxxx6520*
      *CFPB Case No. 180123-2800097*

Dear Mr. Proman:

Thank you for taking the time to submit an inquiry to us. We are writing to inform you that Caliber Home Loans, Inc. ("Caliber") has received your complaint ("CFPB Complaint") regarding the above referenced loan, which was forwarded on your behalf from the Consumer Financial Protection Bureau (the "CFPB"). Your complaint has been assigned a service request number which is listed above. Caliber also referred any further action involving this matter to its outside legal counsel. It is in that capacity that I now respond substantively to the CFPB Complaint.

**Summary of Research**

Based on Caliber's initial review of its records identified in response to the CFPB Complaint, it appears that you entered into a mortgage loan transaction (the "Loan") regarding a parcel of residential property owned located at: 67 Proman Hill Road, Richmond Hill, Georgia 31324 (the "Property"). On July 26, 2004, you executed a note in favor of your original lender, Beneficial Mortgage Co. of Georgia ("Beneficial"), in the principal amount of $53,548.45 (the "Note"). In connection with the Note, you executed a security deed ("Security Deed") dated July 26, 2004, in favor of Beneficial, and its successors and assigns. The Security Deed was recorded with the Clerk of Superior Court Bryan County, Georgia, Deed Book 443, Page 547. On or about July 30, 2014, Beneficial, care of Caliber, assigned ("Assignment") the Security Deed to U.S. Bank

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles
New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington

February 7, 2018
Page 2

Trust, N.A. ("U.S. Bank").  The Assignment was recorded with the Clerk of Superior Court Bryan County, Georgia, Deed Book 1143, Page 471.

On June 13, 2014, Caliber sent you a letter advising among other things that Caliber had "acquired servicing of your mortgage loan" and advised that the Beneficial had stopped receiving your mortgage payments after May 31, 2014, and Caliber would collect your payments going forward ("Notice of Transfer 1").  On July 12, 2014, Caliber sent you a certified letter advising among other things that the Loan was in default and that the "sum of $4,191.20 is owed and must be paid no later than August 16, 2014 to bring the account current.  Failure to cure the default on or before August 16, 2014, may result in acceleration of the sums secured and the foreclosure and sale of the property." ("Notice of Default 1").  On October 15, 2014, Caliber on behalf of U.S. Bank, sent you a letter advising among other things that the Loan was in default in the amount of $3,446.32, and that you must cure the default on or before November 19, 2014, and that that failure to cure the default may result in the acceleration of the sums secured and the foreclosure and sale of the property. ("Notice of Default 2").  On April 9, 2015, Caliber sent you a letter advising among other things that Select Portfolio Servicing ("SPS") had acquired servicing of your mortgage Loan and that Caliber had stopped receiving your mortgage payments after April 30, 2015, and SPS would collect your payments going forward ("Notice of Transfer 2").  Then, on May 23, 2016, SPS sent you a letter advising among other things that as of June 15, 2016, Caliber had reacquired servicing of your mortgage Loan and that SPS had stopped receiving your mortgage payments after June 14, 2016 ("Notice of Transfer 3").  The Notice of Transfer 3 also advised that "If you have any questions regarding this account . . . please contact Caliber," and Caliber would collect your payments going forward.

As a result of the default of your Loan and Security Deed, Caliber, as servicer for U.S. Bank, accelerated the debt owed and initiated non-judicial foreclosure proceedings against the Property through the law firm of Albertelli Law ("Albertelli").  Albertelli, on behalf of Caliber and U.S. Bank, sent you a letter dated November 9, 2016, advising among other things that your Loan had been referred to foreclosure (the "Foreclosure Referral").  Also on November 9, 2016, Albertelli, on behalf of Caliber and U.S. Bank, sent you a letter pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692, et seq., (the "FDCPA Letter") advising among other things that you owed the amount of $29,998.58, plus reasonable attorneys' fees and costs under the Loan, and that you had thirty (30) days to dispute the debt.  On December 1, 2016, Albertelli sent certified mail correspondence and U.S. Mail correspondence to you that indicated that the full balance of the Loan had been accelerated, and advised that the Property was scheduled for a non-judicial foreclosure sale on January 3, 2017 (the "Notice of Foreclosure").  Caliber, as servicer, had published a Notice of Sale Under Power in the Bryan County News (being the official organ for publication of legal advertisements in Bryan County, Georgia, Publication Dates: 12/8/16, 12/15/17, 12/22/17 and 12/29/16) advising of your default of non-payment under the terms of the Note and Security Deed.  You did not cure the default on the Loan and Security Deed, and did not pay the amount to bring the Loan current or to avoid the Loan from being accelerated pursuant to the terms of the Security Deed and Loan.

February 7, 2018
Page 3

On January 3, 2017, pursuant to the power of sale provisions contained in the Security Deed, the Property was foreclosed upon by U.S. Bank. The Property was purchased by Sinkhole, LLC ("Sinkhole") as the highest bidder at the foreclosure sale in the amount of $53,548.45. The foreclosure sale was made a matter of public record by the filing of a certain Deed Under Power (the "Deed Under Power") recorded on January 25, 2017, at Deed Book 1252, Page 805, in the Bryan County, Georgia real property records. On March 1, 2017, Sinkhole filed a dispossessory action in the Magistrate Court of Bryan County, Georgia, Civil Action No. 2017-51CD, because you continue to reside at the Property. On March 30, 2017, you filed an Answer to Sinkhole's dispossessory action, and the matter was transferred to the Superior Court of Bryan County, Georgia. Thereafter, Sinkhole filed a Motion for Immediate Payment of Rent seeking to compel you to pay rent because you have failed to vacate the Property. Before any order requiring you to tender rent payments into the Court Registry was entered, you filed a Chapter 13 Bankruptcy Case.

On June 2, 2017, you filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code (the "Petition Date"). On your Schedule A and Schedule D, you list an ownership in the Property with a value of $29,680.00 subject to a security interest in the amount of $11,000.00 in favor of Caliber. On October 17, 2017, through counsel, you filed an Adversary Proceeding, which failed to specify and enumerate any claims, but appeared to seek to set aside the foreclosure, and asserting many of the same allegations in the CFPB Complaint. Specifically, you have raised in the CFPB Complaint that Caliber lost your mortgage payments, or failed to properly apply your payments to the Loan. However, as noted herein below, all of the payments you made were appropriately credited to your Loan account. In addition, as noted in the enclosed Motion to Dismiss, you have repeatedly failed to make you Loan payments. On November 20, 2017, Caliber filed a Motion to Dismiss the Adversary Proceeding. In response, on January 9, 2018, your attorney filed a Voluntary Dismissal of the Adversary Proceeding. We have addressed all of your issues raised in the CFPB Complaint in the Motion to Dismiss the Lawsuit. We have enclosed a filed copy of the Motion to Dismiss the Lawsuit for your reference.

Also, in your CFPB Complaint, you indicate that you felt harassed by inspections of your property. Caliber's intention in conducting exterior inspections of a property is not to harass a borrower, but only to ensure the property is occupied, not abandoned, and in good and safe condition. Pursuant to Paragraph Eight of the Security Deed executed by you in connection with this Loan, Caliber and its agent were authorized to inspect the property for various reasons, including when your Loan was in default and when the property was vacant. A copy of your Security Deed is attached to the enclosed Motion to Dismiss.

Finally, in your CFPB Complaint, you raise multiple concerns regarding Caliber's accounting for payments on your Loan. Specifically, you assert that Caliber improperly credited your payments, and misapplied payments. However, according to the accounting for the Loan, as well as our other loan records, and Exhibits attached to Caliber's Motion to Dismiss, reflect that all payments made by you were appropriately credited to your Loan account. We trust that this resolves the issues identified in your CFPB Complaint.

My lawyer never told me about Carol Deans's letter.
When he decided not to represent me, he mailed me this letter.
FBI told me he was having it. out.

CAMERON C. KUHLMAN
ATTORNEY AT LAW

DUFFY & FEEMSTER, LLC
P.O. BOX 10144
SAVANNAH, GA 31412
www.duffyfeemster.com

236 E. OGLETHORPE AVE.
TELEPHONE (912) 236-6311
TELECOPIER (912) 236-6423
cck@duffyfeemster.com

This is the lawyer that I told you sir was working with me at one time. When he stated I won my case from a 3 to 2, the told me he was going to Sue the mother company. This is when he mailed me a letter stating he no longer can represent me.

# CAROL BACON MILLER, P.C.
## ATTORNEY AT LAW

CAROL BACON MILLER
P.O. BOX 796
PEMBROKE, GEORGIA 31321

(912) 653-4040
FAX: (912) 653-4041
carol@carolbaconmiller-law.com

May 17, 2018

Mr. Cameron C. Kulhiman
Duffy & Feemster
P.O. Box 10144
Savannah, GA 31412

Re:   <u>Sinkhole, LLC vs. Glenn Proman</u>, Case No. 2017-V-145,
      Superior Court of Bryan County

Dear Cameron:

Since we were in Court on April 17, 2018, I have discussed this matter with my clients on several occasions. Sinkhole is still willing to sell the property to the Promans for the sum of $35,000.00. They will not accept lesser offer.

I believe when we last spoke that your clients were not able to pay $35,000, but that I would consult with my clients about their willingness to accept less cash up front. In the spirit of cooperation, we are willing to extend this offer through June 15, 2018. During that time, I hope that the Promans can make arrangements to complete this purchase. I will of course take any counter-offers to my clients, but they seem firm on the $35,000 amount.

On a related issue, the sum of $5,434.75 was disbursed by the Clerk of Superior Court to Sinkhole. If you add this up, I believe you will agree that 2 monthly payments are missing. If these payments have not been made, the Promans are already in default of the bankruptcy order. Please determine if their position is that they have made these payments to the Clerk. Additionally, they are to make payments directly to Sinkhole. They paid another payment to the Clerk this month. Please make sure they understand to send any other payments (i.e., the June 1 payment) directly to Sinkhole. If they prefer, they can send it to me to be delivered to my client.

Therefore, to give your clients another few weeks to make arrangements to purchase the property, we will extend our offer to June 15. Therefore, as of June 18, 2018, we will feel free to proceed with action in bankruptcy court to lift the stay and proceed with the Superior Court dispossessory action.

I look forward to hearing from you soon. Thanks again.

Sincerely,

CAROL BACON MILLER, P.C.

CBM/

**UNITED STATES POSTAL SERVICE ®**

**CUSTOMER'S RECEIPT**

*Make 1st payment 2022*

KEEP THIS
RECEIPT FOR
YOUR RECORDS

SEE BACK OF THIS RECEIPT
FOR IMPORTANT CLAIM
INFORMATION

**NOT NEGOTIABLE**

Pay to  *Sinkhole LLC*

Address  *P.O. Box 629*

*Black Creek Ga. 31308*

Serial Number  **27696817181**

| Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|
| 2022-02-28 | 313240 | $543.43 | 20 |



Magistrate Court of Bryan County
P O Box 670
Pembroke, Georgia 31321
(912) 653-3860

Filed in Clerk's Office
TIME____15:00

MAR 21 2022

Rebecca G. Crowe
Clerk of Courts
Bryan County Georgia

## APPLICATION FOR AN ARREST WARRANT
## BRYAN COUNTY, GEORGIA

Date: 03-21-22                           CRN: 2017-V-145

Name of person committing offense: _____ D.O.B. _____

Race  W  Age _____ Sex  M . Height _____ Weight _____

Eyes _____ Hair _____ Scars or tattoos _____

Social Security Number _____ Driver's License Number _____

(MUST HAVE A VALID MAILING ADDRESS FOR OFFENDER)

Street Address  David Shawn Williams
2149 Black Creek Church Road
P.O. Box _____ Telephone Number _____

City Ellabell,          County _____ State Ga.  Zip 31308

Vehicle driven by offender _____ Tag number _____

Date that this occurred _____ Time _____

Where this occurred  67 Proman Hill Road

Witnesses to this offense OR witnesses that have knowledge of the offense of offender:

NAME

Glenn Proman

Doris Proman

ADDRESS (Include City and State
SSN# & telephone #)
P.O. Box 2386
Richmond Hill Ga. 31324
P.O. Box 2386
Richmond Hill, Ga. 31324

BRIEFLY describe what offender did:

I have been mailing my mortage payments to SinkHole LLC.
every month to a P.O. Box 629 BlackCreek, Ga 31308. He
also was taking my money every month and Knew about
us not having Insurance on the home. He told me
a while back, he worked for Carol B. Miller. and is acting
as if he owns my property and home. I have been paying
monies for a long time and he Knew I had no insurance
on my home then We were summons with an eviction
notice.

(MUST LIST WHAT YOU WANT THE WARRANT FOR)

OFFENSE FOR WARRANT ~~Theft~~ Theft By Deception

Your Name: Glenn and Doris Proman

MAILING Address: P.O. Box 2386 _____ Apartment # _____

City: Richmond Hill _____ State Ga. _____ Zip 31324

Home Phone 912- 321- 8971 Work/Cell Phone _____

The information given in this application is true to the best of my knowledge.   I
understand that a copy of this application may be delivered to law enforcement officials
to assist in their investigation.

Doris Proman
_____
AFFIANT

Probable cause to issue warrant:    YES_____ NO _____ CIVIL _____

Warrant Number: _____ Charge _____

Warrant Number: _____ Charge _____

_____
Magistrate Judge, Bryan County, Georgia

Magistrate Court of Bryan County
P O Box 670
Pembroke, Georgia 31321
(912) 653-3860

Filed In Clerk's Office
TIME _____

MAR 21 2022

Rebecca G. Crowe
Clerk of Courts
Bryan County Georgia

## APPLICATION FOR AN ARREST WARRANT
## BRYAN COUNTY, GEORGIA

Date: _03-21-22_____     CRN: _2017-V-145_____

Name of person committing offense: _Carol Bacon Miller_ D.O.B. _____

Race _W___ Age _____ Sex _F_ Height _____ Weight _____

Eyes _____ Hair _____ Scars or tattoos _____

Social Security Number _____ Driver's License Number _____

(MUST HAVE A VALID MAILING ADDRESS FOR OFFENDER)

Street Address _____

P.O. Box _796_____ Telephone Number _____

City _Pembroke,_____ County _____ State _Ga,_ Zip _31321_

Vehicle driven by offender _____ Tag number _____

Date that this occurred _____ Time _____

Where this occurred _67 Proman Hill Road_____

Witnesses to this offense OR witnesses that have knowledge of the offense of offender:

| NAME | ADDRESS (Include City and State SSN# & telephone #) |
|---|---|
| Glenn Proman | P.O. Box 2386 Richmond Hill, GA. 31324 |
| Doris Proman | P.O. Box 2386 Richmond Hill, Ga. 31324   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 |
| Anthony Kennedy | Reporting officer Bryan County Sheriff Dept. |

BRIEFLY describe what offender did:

In front of Judge Ross who presided in his court that day, I was told I no longer can use my home insurance that was built-into my mortage payments. I had to use theirs. while cleaning indoor windows my left leg went through the ceramic tiles and I could not get my leg out. I waited to see if my brother-in-law would come and get me out of the bottom floor. I used my cell phone which I keep by me. He came. I then called the sheriff department and told him what happened. I called Carol miller in front of the sheriff I told her what happened and She told me I have no home Insurance. I just don't understand. then I receive a summons of eviction. My home was paid for. The sheriff heard everything. I had phone on speaker.

(MUST LIST WHAT YOU WANT THE WARRANT FOR)

OFFENSE FOR WARRANT _____ Theft By Deception _____

Your Name: Glenn and Doris Proman

MAILING Address: P.O. Box 2386 _____ Apartment # _____

City: Richmond Hill, Ga. State Ga. Zip 31324

Home Phone 912-321-8971 Work/Cell Phone _____

The information given in this application is true to the best of my knowledge. I understand that a copy of this application may be delivered to law enforcement officials to assist in their investigation.

_____ Doris Proman _____
AFFIANT

Probable cause to issue warrant: YES _____ NO _____ CIVIL _____

Warrant Number: _____ Charge _____

Warrant Number: _____ Charge _____

Magistrate Judge, Bryan County, Georgia



**U.S. Department of Justice**
Southern District of Georgia
Post Office Box 8970
Savannah, GA 31412
Phone: (888) 624-1523
Fax: (912) 652-4805

April 22, 2019

Doris Proman
PO BOX 2386
RICHMOND HILL, GA 31324-2386

Re: United States v. Defendant(s) Edison DeJesus Garcia Arpon
    Case Number 2018R00674 and Court Docket Number 18-CR-00053

Dear Doris Proman:

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. I am contacting you because you were identified by law enforcement as a victim or potential victim during the investigation of the above criminal case.

On April 19, 2019, defendant Edison DeJesus Garcia Arpon pled guilty to the charges listed below. Any remaining counts will be disposed of at the time of sentencing. As a result of the guilty plea, there will be no trial involving this defendant.

| Number of Charges | Description of Charge(s) | Disposition |
|---|---|---|
| 1 | Theft or receipt of stolen mail matter generally | Guilty |

On or about October 1, 2018, the defendant was in possession of mail which had been stolen from a letter box that was an authorized depository for mail.

It is helpful for the Court to know the impact of this crime on its victims. In an effort to provide this information to the Court, we are enclosing a Victim Impact Statement. If you choose to complete a statement, please forward it to:

United States Attorneys Office
Southern District of Georgia
Post Office Box 8970
Savannah, GA 31412

This is one way the Court can hear your concerns as they relate to the crime. A United States Probation Officer may also contact you in an effort to obtain additional victim impact information. Victim impact information is generally not public information; however, under criminal law and procedures, all information contained in your questionnaire will be disclosed to the defendant and his attorney. **If you submit a victim impact statement please return to me no later than May 10, 2019.**

Through the Victim Notification System (VNS) we will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. You may obtain current information about this case on the VNS website at https://www.notify.usdoj.gov or from the VNS Call Center at

the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.

For many VNS registrants email will provide the most timely notification. VNS does not currently have an email address for you. You can provide VNS an email address by accessing the VNS Internet Web page using the login information provided below. By entering your email as part of the VNS registration process future notifications will be delivered by email, except in rare circumstances when you might also receive a letter from VNS. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number (VIN) '5804568' and Personal Identification Number (PIN) '3392' anytime you contact the Call Center and the first time you log into VNS on the website. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS website, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Proman.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Bobby L. Christine
United States Attorney

Iverna Campbell
Victim Witness Coordinator



**U.S. Department of Justice**
Southern District of Georgia
Post Office Box 8970
Savannah, GA 31412
Phone: (888) 624-1523
Fax: (912) 652-4805

September 06, 2019

Doris Proman
PO BOX 2386
Richmond Hill, GA 31324-2386

*Never received a dime!
don't know who to call to receive
Restitution.*

Re: United States v. Defendant(s) Edison DeJesus Garcia Arpon
    Case Number 2018R00674 and Court Docket Number 18-CR-00053

Dear Doris Proman:

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. I am contacting you because you were identified by law enforcement as a victim or potential victim during the investigation of the above criminal case.

Defendant Edison DeJesus Garcia Arpon was sentenced by the Court. The Court ordered the defendant to the following:

  Incarceration of 8 month(s)
  Followed by Supervised Release of 3 year(s)
  Special Assessment of $100.00.

Through the Victim Notification System (VNS) we will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. You may obtain current information about this case on the VNS website at https://www.notify.usdoj.gov or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.

For many VNS registrants email will provide the most timely notification. VNS does not currently have an email address for you. You can provide VNS an email address by accessing the VNS internet Web page using the login information provided below. By entering your email as part of the VNS registration process future notifications will be delivered by email, except in rare circumstances when you might also receive a letter from VNS. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number (VIN) '5804568' and Personal Identification Number (PIN) '3392' anytime you contact the Call Center and the first time you log into VNS on the website. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS website, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Proman.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

Bobby L. Christine
United States Attorney

Iverna Campbell
Victim Witness Coordinator

## Explanation of Losses Subject to Restitution

The Mandatory Restitution Act of 1996 provides that you may be entitled to an order of restitution for certain losses suffered as a direct or proximate result of the commission of the offense for which the defendant was convicted. The types of losses for which the statute provides restitution are explained below. You have the right to explain these losses in detail in the attached affidavit form.

In the case of an offense resulting in damage to or loss or destruction of property of a victim of the offense, the court may order: the return of the property to the owner of the property or someone designated by the owner; or if return of the property is impossible, impractical, or inadequate, the court may order payment of an amount equal to the greater of -- the value of the property on the date of the damage, loss, or destruction, or the value of the property on the date of sentencing, less the value (as of the date the property is returned) of any part of the property that is returned.

In the case of an offense resulting in bodily injury to a victim, the court may order: payment of an amount equal to the cost of necessary medical and related professional services and devices relating to the physical, psychiatric, and psychological care, including nonmedical care and treatment rendered in accordance with a method of healing recognized by the law of the place of treatment; payment of an amount equal to the cost of necessary physical and occupational therapy and rehabilitation; and reimbursement to the victim for income lost by such victim as a result of such offense.

In the case of an offense resulting in bodily injury that also results in the death of a victim, the court may order payment of an amount equal to the cost of necessary funeral and related services.

In any case, the court may order reimbursement to the victim for lost income and necessary child care, transportation, and other expenses related to the participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense.

In any case, if the victim (or if the victim is deceased, the victim's estate) consents, the court may order the defendant to make restitution in services in lieu of money, or to make restitution to a person or organization designated by the victim or the estate. (18 U.S.C. § 3663)

In addition, the victim may at any time assign the victim's interest in restitution payments to the Crime Victims Fund in the Treasury without in any way impairing the obligation of the defendant to make such payments. (18 U.S.C. § 3664)

If a victim has received compensation from insurance or any other source with respect to a loss, the court shall order that restitution be paid to the person who provided or is obligated to provide the compensation, but the restitution order shall provide that all restitution of victims required by the order be paid to the victims before any restitution is paid to such a provider of compensation. (18 U.S.C. § 3664)

United States v. Edison Dejesus Garcia Arpon
Case No. 2:18CR00053-1
June 26, 2019
Page 2

change in your mailing address while restitution is still owed. This information will be maintained confidentially.

Finally, if you are awarded restitution by the Court, you may request that the Clerk of the Court issue an Abstract of Judgment to you, certifying that a judgment has been entered in your favor in the amount specified by the Court. When the abstract is registered, recorded, docketed, or indexed in accordance with state law, it acts as a lien upon the property of the defendant within the state, and is enforceable in the same manner and to the same extent as a judgment of a court of general jurisdiction.

In the event you have additional questions and/or would like to confirm the sentencing date, please feel free to contact me at 912-280-1340. You may reply by mail to United States Probation Office, P.O. Box 878, Brunswick, GA 31521. You may reply by fax to 912-280-1349 or by email to charles_sikes@gas.uscourts.gov.

Sincerely,

Charles Sikes
U.S. Probation Officer

Enclosures



UNITED STATES POSTAL INSPECTION SERVICE

MIAMI DIVISION

Case Number: 2689352-MT

September 30, 2019

Dear Postal Customer,

The U.S. Postal Inspection Service has completed its investigation involving the theft of US Mail first reported to you in October of 2018.    Investigations can be a lengthy process, and we appreciate your patience while we conducted the thorough investigation into this theft.    The suspect was identified, arrested, convicted and sentenced for the theft of US Mail.

The enclosed mail matter is now being returned to you, in the condition that it was recovered, as it is no longer needed as evidence in the case.

The US Postal Inspection Service is committed to protecting the nation's mail system from criminal misuse.    Please accept our apology on behalf of the U. S. Postal Service for any inconvenience this may have caused.

Sincerely,

Thomas Plumley
U.S. Postal Inspector
Savannah Domicile

Enclosure

SAVANNAH DOMICILE
9A CHATHAM CTR SOUTH DR
SAVANNAH, GA 31405-1302
TELEPHONE: (877) 876-2455
FAX: (912) 232-6150



WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

KROGER #688

17-82808120

October Payment 2018

A 319718 B 093018
T 1334 02
178280812043 L 000688

$ 543.43

PAY EXACTLY
FIVE HUNDRED FORTY-THREE DOLLARS AND
FORTY-THREE CENTS

Montage

PAY TO THE
ORDER OF
Sinkhole LLC

PAYMENT FOR ACCT. #

P.O. Box 31324, Richmond Hill Ga. Glenn & Chris Pro
31324

⑈102100400⑈ 40⑆78 28081 2043⑈

---

MONEY ORDER RECEIPT - NON NEGOTIABLE

October Payment 2018

There's a better way to send cash!
Download the Western Union app and click pay in cash!

AGT 319718 LOC 000688 DT 093018 $543.43 5HUNDRED43DOLLARS AND
43CENTS

Payable to: Sinkhole LLC



* 1 78280812204 *

◀ LOAD THIS DIRECTION, THIS SIDE UP

Please allow 5-7 business days for reports

CRN: 23112214   Date: 11/25/23
Deputy: Coleman #1416
Location: _____

Get Your Crash Reports at
CRASHDOCS.ORG

Report #: _____   Date: _____

Bryan County Sheriff's Office

Serving the Citizens of Bryan County

95 Sgt. Robert W. Crapse Dr.
Pembroke, Ga. 31321
O:912-653-3800 F:912-653-2880

1955 Sgt. Michael W. Larson Dr.
Richmond Hill, Ga. 31324
O:912-756-2181 F:912-756-2127

bryancountysheriffsoffice.org
Mark D. Crowe, Sheriff

The court clerk would not
stamp my paperwork so I
went to the police station and
this lady police officer said
she was going to give me a
report.

But I never got it.
I also told her on the
road 2 cars were trying
to throw us off the [ked.]

My sister-in-law was driving

REFERENCE #
1516697

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Glenn J. Proman and Doris Proman
Chapter 13  Case No. 17–40815–EJC
    *Debtor(s)*

Glenn J. Proman
    *Plaintiff(s)*

vs.

U.S. Bank Trust, N.A. as Trustee for LSF9 Master
Participation Trust
    *Defendant(s)*

                    Adversary Proceeding
                    No. 17–04042–EJC


## NOTICE OF HEARING IN ADVERSARY PROCEEDING


*NOTICE IS HEREBY GIVEN THAT:* a hearing will be held in the above captioned adversary proceeding on the Motion to Dismiss Adversary Proceeding for Failure to State a Claim for Relief Filed by Defendant, U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust.

**January 25, 2018 , at 10:00 AM**
**Bankruptcy Courtroom Rm 228, U.S. Courthouse, 125 Bull St., Savannah, GA 31401**


                                      *Lucinda Rauback, CLERK*
                                      United States Bankruptcy Court
                                        125 Bull St, Rm 213
                                        P.O. Box 8347
                                        Savannah, GA 31412

Dated **December 28, 2017**


A–10[Rev. 05/12] *HKB*

912-650-4100

SAT-4630

BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

019373  19373 1 AB 0.400  31324  7 8  8461-1-19645

Doris Proman
P.O. Box 2386
Richmond Hili, GA 31324-2386

19373        46309019392013

Hussain v Caliber
Class-Settlement.com
PO Box 9009
Hicksville, NY 11802-9009



13144730

276280
$20.01
9/19/2018

8/10 1333 ************AUTO**ALL FOR AADC 320
GLENN J PROMAN AND / OR DORIS PROMAN
PO BOX 2386
RICHMOND HILL, GA 31324-2386

**Ashfaq Hussain v. LSF9 Master Participation Trust, et.al. Case No. 2:16-cv-04035-SJF-AKT (E.D.N.Y.))**

Dear Class Member:

Enclosed please find a check which constitutes your portion of the class action settlement in *Ashfaq Hussain v. LSF9 Master Participation Trust, et.al.*. This case alleged that letters were sent on behalf of LSF9, Caliber and U.S. Bank that violated the Fair Debt Collection Practices Act ("FDCPA"). We are sending you this check because you filed a valid claim after being notified of the settlement.

Please be aware that this check will become void on December 18, 2018. We are unable to re-issue checks after that date, so please cash, deposit, or otherwise negotiate your check prior to December 18, 2018.

If you have any questions, please call the Claims Administrator, Class-Settlement.com, at (877) 268-2976. Any requests to verify your settlement check also should be directed to this number.

Sincerely,

Class-Settlement.com
Claims Administrator

Hussain v Caliber Settlement Fund
Class-Settlement.com
PO Box 9009
Hicksville, NY 11802-9009


STERLING
NATIONAL BANK
50-7044/2219

DATE
Sept 19, 2018

CHECK NO.
276280

**VOID AFTER DEC 18, 2018**

PAY TO THE
ORDER OF   GLENN J PROMAN AND / OR DORIS PROMAN                    $20.01

TWENTY DOLLARS AND ONE CENT

GLENN J PROMAN AND / OR DORIS PROMAN
PO BOX 2386
RICHMOND HILL, GA 31324-2386

Hussain v Caliber Settlement

AUTHORIZED SIGNATURE

⑆276280⑆ ⑈221970443⑈ 831121570③⑈

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn J. Proman** | | Social Security number or ITIN   xxx–xx–5266 |
| | First Name   Middle Name   Last Name | | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | **Doris Proman** | | Social Security number or ITIN   xxx–xx–6397 |
| | First Name   Middle Name   Last Name | | EIN   __–_____ |
| United States Bankruptcy Court   Southern District of Georgia | | | |
| Case number:   17–40815–EJC | | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Glenn J. Proman                                        Doris Proman



Edward J. Coleman III
United States Bankruptcy Judge
125 Bull St, Rm 213
P.O. Box 8347
Savannah, GA 31412

Dated: 5/21/20

### Explanation of Bankruptcy Discharge in a Chapter 13 Case
This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                          **Chapter 13 Discharge**                          page 1

24309014074015

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.

243090140740115

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-40815-EJC |
| | ) | |
| GLENN J. PROMAN | ) | |
| DORIS PROMAN, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

| | | |
|---|---|---|
| GLENN J. PROMAN | ) | |
| DORIS PROMAN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ADVERSARY PROCEEDING |
| | ) | NO. 17-04042-EJC |
| U.S. BANK TRUST, N.A., as Trustee for | ) | |
| LSF9 Master Participation Trust, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2017, I electronically filed the foregoing **Defendant's Motion To Dismiss** with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to the party listed below, and I served a true and correct copy of same via U.S. Mail First Class, postage pre-paid to:

Judson C. Hill, Esq.
Post Office Box 8012
Savannah, Georgia 31412
Bankruptcy@gastinhill.net

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-40815-EJC |
| | ) | |
| GLENN J. PROMAN | ) | |
| DORIS PROMAN, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| GLENN J. PROMAN | ) | |
| DORIS PROMAN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ADVERSARY PROCEEDING |
| | ) | NO. 17-04042-EJC |
| U.S. BANK TRUST, N.A., as Trustee for | ) | |
| LSF9 Master Participation Trust, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MEMORANDUM OF LAW IN
## SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT

COMES NOW, Defendant U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank" or "Defendant"), by and through its undersigned counsel, and files this Memorandum of Law in Support of its Motion to Dismiss Plaintiffs', Glenn J. Proman and Doris Proman ("Plaintiffs") Complaint to Set Aside Foreclosure Sale ("Complaint" or "Compl."), pursuant to Fed. R. Civ. P. 8(a) and 12(b)(1) and (6), as made applicable hereto by Fed. R. Bankr. P. 7008 and 7012(b). In support thereof, Defendant provides the following memorandum of points and authorities.

SAT-46309 Bankruptcy Noticing Center
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411

019373  19373 1 AB 0.400  31324  7 8  8461-1-19645

Doris Proman
P.O. Box 2386
Richmond Hill, GA 31324-2386

Rickert v Caliber Administrator
c/o Rust Consulting - 6328
PO Box 44
Minneapolis MN  55440-0044

*00004556562-1781*  UAC - 930

GLENN J PROMAN
DORIS PROMAN
PO BOX 2386
RICHMOND HILL GA  31324



*3 out of 3 action class lawsuits we won*

Dear Class Member:

This check represents your share in the Rickert v Caliber Settlement.  All Class Members' claims have been resolved as a result of these Settlements. Your Settlement Award is the equivalent of 6%, 4.5% or 3% of the Net Premium charged to you during the Class Period for the LPI Policy (January 1, 2011 through October 31, 2018).

We cannot offer individual tax advice regarding this distribution. You must consult your tax advisor to determine what tax consequences, if any, there might be.

**Please note that this check will expire after 1/27/20.**

## PLEASE KEEP THIS PAYMENT STUB FOR YOUR RECORDS

| Check Number | Claim Number | Description | Amount |
|---|---|---|---|
| 1781 | 0000000995 | Rickert v Caliber Settlement | $23.79 |

THIS DOCUMENT CONTAINS ANTI-THEFT DEVICES INCLUDING MICRO PRINTING AND VOID PANTOGRAPH. ABSENCE OF THESE FEATURES INDICATES A COP

**VOID**  **VOID**  **VOID**

Rickert v Caliber Administrator
c/o Rust Consulting - 6328
PO Box 44
Minneapolis, MN 55440-0044

Detach and sign the back of this instrument

US Bank    33-54 / 730

DO NOT
CONVERT
TO ACH

178

| Date | Control Number | Amount |
|---|---|---|
| 10/29/2019 | 0000456562 | $23.79 |

VOID AFTER 1/27/20
NOT VALID FOR AMOUNT OTHER THAN 23.79
Payee's signature required on back in order for this instrument to be valid.

Pay:  Twenty Three Dollars and Seventy Nine Cents

Payable to:  GLENN J PROMAN
               AND DORIS PROMAN

Paul V__

THE BACK OF THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD TO LIGHT SOURCE TO VIEW.

⑈178⑈  ⑆073000545⑆  ⑈96476692104⑈

Rickert v Caliber Administrator
c/o Rust Consulting – 6328
PO Box 44
Minneapolis MN  55440-0044

 *00004411004-1671* UAC–931

GLENN J PROMAN
DORIS PROMAN
PO BOX 2386
RICHMOND HILL GA  31324-2386

Dear Class Member:

This check represents your share in the Rickert v Caliber Settlement.  All Class Members' claims have been resolved as a result of these Settlements. Your Settlement Award is the equivalent of 6%, 4.5% or 3% of the Net Premium charged to you during the Class Period for the LPI Policy (January 1, 2011 through October 31, 2018).

We cannot offer individual tax advice regarding this distribution. You must consult your tax advisor to determine what tax consequences, if any, there might be.

**Please note that this check will expire after 1/27/20.**

### PLEASE KEEP THIS PAYMENT STUB FOR YOUR RECORDS

| Check Number | Claim Number | Description | Amount |
|---|---|---|---|
| 1671 | 0000000925 | Rickert v Caliber Settlement | $50.72 |

THIS DOCUMENT CONTAINS ANTI-THEFT DEVICES INCLUDING MICRO PRINTING AND VOID PANTOGRAPH. ABSENCE OF THESE FEATURES INDICATES A COPY.

VOID   VOID   VOID

Rickert v Caliber Administrator
c/o Rust Consulting – 6328
PO Box 44
Minneapolis, MN 55440-0044

Detach and sign the back of this instrument

US Bank        33-54
               730

DO NOT
CONVERT
TO ACH

1671

| Date | Control Number | Amount |
|---|---|---|
| 10/29/2019 | 0000411004 | $50.72 |

VOID AFTER 1/27/20
NOT VALID FOR AMOUNT OTHER THAN 50.72
Payee's signature required on back in order for this instrument to be valid.

Pay:  Fifty Dollars and Seventy Two Cents

Payable to:  GLENN J PROMAN
             AND DORIS PROMAN

Paul V——

THE BACK OF THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD TO LIGHT SOURCE TO VIEW.

MP

⑆1671⑆ ⑈073000545⑈ 196476692104⑈

**Bacontown Properties, LLC**
P.O. Box 629 ← This is Sinkhole LLC Box no
Ellabell, GA 31308    as well.

*This is the true person who has my deed to my home. If she has a copy of the deed then all this is breached and it is considered theft or money laundering. This women stole our deed*

Glenn Proman
P.O. Box 2386
Richmond Hill, GA 31324

**Account Statement**
1/26/2022

**Account Statement - 502325R** ← This is my tittle no.

| Account Number | 502325R |
|---|---|
| Statement Date | 1/26/2022 |
| Payment Due Date | 2/1/2022 |
| Last Payment Received 1/4/2022 | $543.43 |

| | |
|---|---|
| Unpaid Late Fees | |
| Regular Payment | $543.43 |
| **Amount Due** | **$543.43** |
| A Late fee of $55.00 will be charged if payment is not received on or before the end of the 16 day grace period. | |

Any account with a balance due on the 16th of the month will be considered delinquent and eviction will be filed, unless prior arrangements have been made.

Please make payment payable to:

**Bacontown Properties, LLC**

Questions about this bill? Call 912-858-0102

Please detach at this line and return the bottom portion with your payment.

Glenn Proman
P.O. Box 2386
Richmond Hill, GA 31324

Make payment payable to:
**Bacontown Properties, LLC**

Please do not send cash.

| Amount Enclosed | |
|---|---|

| 2/1/2022 | 502325R | $543.43 |
|---|---|---|
| Due Date | Acct. No. | Amount Due |

**Payment Voucher**

Bacontown Properties, LLC
PO Box 629
Ellabell, GA 31308

Address Changed? Please enter your new mailing address below.

New Address:

New Phone: (        )



Bacontown Properties, LLC
P.O. Box 629
Ellabell, GA 31308

JACKSONVILLE FL 320

Glenn Proman
P.O. Box 2386
Richmond Hill GA. 31324

31324-238688

*Magistrate*
*Bryan Co.*

# RECEIPT

DATE ............ 4-18-06 ............ No. 309219

RECEIVED FROM ............ Doris Proman ............

○ FOR RENT:
⊗ FOR ............ ejectment of Intruder "Luke" ............

| ACCOUNT | | ⊗ CASH |
|---------|---|--------|
| PAYMENT | 25 00 | ○ CHECK |
| BAL. DUE | 06 00 | ○ MONEY ORDER |

FROM ............ TO ............

$ 25.00

BY ............ *Michelle Ubbertz* ............

DOLLARS

1182

---

756-2066

*Magistrate*
*Bryan Co.*

# RECEIPT

DATE ............ 4-18-06 ............ No. 309220

RECEIVED FROM ............ Doris Proman ............

○ FOR RENT:
⊗ FOR ............ ejectment of Intruder ............

| ACCOUNT | | ○ CASH |
|---------|---|--------|
| PAYMENT | | ○ CHECK |
| BAL. DUE | 0 | ○ MONEY ORDER |

FROM ............ TO ............

$ 26.00

BY ............ *Michelle Ubbertz* ............

DOLLARS

1182

15 - April - 2006

Dear Luke (renter):

Please be advised that I will not except any rent payments from you. This is due to an amount of people living in my rental trailer as well.

Therefore, please vacate the premises within fifteen (15) days of this notice, and also due to possible foreclosure.
(30th) of April for completion to vacate.

Respectfully,

Glenn J Broman

Witness:
Doris Broman

These people were selling drugs in this single trailer. I couldn't believe it.

# Bryan County, GA

## Summary

| | |
|---|---|
| Account Number | PB-25475 |
| Location Address | 144 PROMAN HILL RD |
| Park Name | |
| Lot Number | |
| Tax District | County Unincorporated (District 03) |
| Millage Rate | 23.23 |
| Decal Year | 06 |
| Decal Number | 2003 |
| Parent Parcel | 042 055 |



## Owner

PROMAN GLEN J
P O BOX 2386
RICHMOND HILL, GA 31324

*Home and land that was supposed to have been Actioned off.*

## Residential Improvement Information

| | |
|---|---|
| Manufacturer | FLEETWOOD |
| Model | WESTFIELD |
| Year Built | 1994 |
| Width x Length | 16x76 |
| Serial Number | GAFLR07A30060W2 |
| Condition | Average |
| Value | $15,050 |
| Purchase Price | $0 |
| Purchase Year | |
| Heat / Air | Central Heat/AC |
| Bedrooms | 3 |
| Full Bathrooms | 2 |
| Half Bathrooms | 0 |

## Accessory Information

| Description | Year Built | Dimensions/Units | Identical Units | Value |
|---|---|---|---|---|
| Vinyl Skirting | 1994 | 0x0 / 429 | 0 | $320 |
| Unfinished Open Porch | 1994 | 6x8 / 0 | 0 | $100 |

## Valuation

| | | 2023 | 2022 | 2021 |
|---|---|---|---|---|
| | Improvement Value | $15,050 | $15,050 | $6,500 |
| + | Accessory Value | $420 | $420 | $420 |
| = | Current Value | $15,470 | $15,470 | $6,920 |

## Photos



CARROL ANN COLEMAN
BRYAN COUNTY TAX COMM
PO BOX 447
PEMBROKE, GA 31321

    3942R
PROMAN GLENN J

                               DATE:     2014/12/18
                               VALID TO: 2015/01/15
                               MAP NO:   042      050
P.O. BOX 2386                 DESCR : 20GMD L#8 PROMAN SD PBG-2-
RICHMOND HILL       GA 31324

Our records indicate that the property taxes for the year(s) and
amounts indicated below have not been received by this office.

If this information is incorrect or payment has been made, it is
imperative that you contact our office immediately at 912-653-
3880.

If you have an escrow account that is responsible for payment of
your taxes, please contact them at once to find out why your pay-
ment has not been made.

If you have sold this property and are no longer responsible for
payment of these taxes, please advise our office of the new
owner's name and address and we will send a bill to them.

Interest accrues at 1% per month or portion thereof and after 90
days delinquent there is a 10% penalty assessed.  The figure
quoted here is valid until January 15, 2015.

We can now accept credit card payments on-line at:
    bryancounty.paycountytaxes.com

There is a 2.50% convenience fee charged by the vendor for this
service.

| BILL NUMBER | BASE AMT. | PENALTY | INTEREST | COSTS | PAYMENTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2014 013838 | 458.56 | | 9.17 | | | 467.73 |

CARROL ANN COLEMAN
BRYAN COUNTY TAX COMM
PO BOX 447
PEMBROKE, GA 31321

     25475
PROMAN GLEN J                        DATE:      2015/07/02
                                     VALID TO: 2015/07/30
                                     MAP NO:    042       055
P O BOX 2386                         DESCR : 1994 16X76 FLEETWOOD
RICHMOND HILL          GA 31324      VIN # : GAFLR07A30060W2

MY RECORDS INDICATE THAT THE PROPERTY TAXES FOR THE YEAR(S) AND
AMOUNTS INDICATED BELOW HAVE NOT BEEN RECEIVED BY THIS OFFICE.

IF THIS INFORMATION IS INCORRECT OR PAYMENT HAS BEEN MADE, IT IS
IMPERATIVE THAT YOU CONTACT MY OFFICE IMMEDIATELY AT 912-653-3880

IN ACCORDANCE WITH O.C.G.A. 48-3-3, I AM REQUIRED TO NOTIFY YOU
THAT 30 DAYS FROM THE DATE OF THIS NOTICE, AN EXECUTION (FI.FA.)
WILL BE ISSUED AGAINST YOU AND RECORDED ON THE GENERAL EXECUTION
DOCKET OF THE CLERK OF SUPERIOR COURT.  THIS EXECUTION GIVES
NOTICE OF A LIEN AGAINST YOUR PROPERTY.  IT MAY APPEAR ON CREDIT
REPORTS AND ADVERSELY AFFECT YOUR CREDIT RATING.

IN ADDITION TO THE INTEREST WHICH HAS ACCRUED TO DATE, ON JULY
31, 2015, A 10% PENALTY ANF FI.FA. CAHRGES WILL BE ADDED TO
YOUR ACCOUNT.

IN ORDER TO AVOID THE EXECUTION FROM BEING ISSUED AND ADDITIONAL
CHARGES BEING ADDED, PLEASE REMIT THE TOTAL DUE BY JULY 30, 2015.

WE CAN NOW ACCEPT CREDIT CARD PAYMENTS ON-LINE AT:
           bryancounty.paycountytaxes.com
THERE IS A 2.50% CONVENIENCE FEE CHARGED BY THE VENDOR FOR THIS
SERVICE.

| BILL NUMBER | BASE AMT. | PENALTY | INTEREST | COSTS | PAYMENTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2015M001632 | 391.42 | | 10.83 | 1.00 | 100.00 | 303.25 |

CARROL ANN COLEMAN
BRYAN COUNTY TAX COMM
PO BOX 447
PEMBROKE, GA 31321

    25475
PROMAN GLEN J

P O BOX 2386
RICHMOND HILL         GA 31324

DATE:     2015/05/04
VALID TO: 2015/05/31
MAP NO:     042      055
DESCR : 1994 16X76 FLEETWOOD
VIN # : GAFLR07A30060W2

RECORDS IN THIS OFFICE INDICATE THAT YOU OWE THE FOLLOWING DELIN-
QUENT MOBILE HOME TAXES FOR THE YEARS SHOWN BELOW.

IF THIS INFORMATION IS INCORRECT OR PAYMENT HAS BEEN MADE, IT IS
IMPERATIVE THAT YOU CONTACT OUR OFFICE IMMEDIATELY AT 912-653-
3880.

IF YOU HAVE SOLD THIS MOBILE HOME AND ARE NO LONGER RESPONSIBLE
FOR PAYMENT OF THESE TAXES, PLEASE ADVISE OUR OFFICE OF THE NEW
OWNER'S NAME AND ADDRESS AND WE WILL SEND A BILL TO THEM.

INTEREST ACCRUES AT 1% PER MONTH OR PORTION THEREOF AND AFTER 90
DAYS DELINQUENT THERE IS A 10% PENALTY ACCESSED.  THE FIGURE
QUOTED HERE IS VALID UNTIL MAY 31, 2015.

TAXES CAN BE PAID ONLINE AT WWW.BRYANCOUNTY.PAYCOUNTYTAXES.COM
(THERE IS A FEE OF 2.50% CHARGED BY THE CREDIT CARD PROCESSOR)

| BILL NUMBER | BASE AMT. | PENALTY | INTEREST | COSTS | PAYMENTS | TOTAL DUE |
|-------------|-----------|---------|----------|-------|----------|-----------|
| 2015M001632 | 391.42    |         | 3.91     | 1.00  |          | 396.33    |

CARROL ANN COLEMAN
BRYAN COUNTY TAX COMM
PO BOX 447
PEMBROKE, GA 31321

    3942R16
PROMAN GLENN J

P.O. BOX 2386
RICHMOND HILL          GA 31324

DATE:      2016/11/21
VALID TO: 2016/12/15
MAP NO:    042        050
DESCR : 20GMD L#8 PROMAN SD PBG-2-

Our records indicate that the property taxes for the year(s) and
amounts indicated below have not been received by this office.

If this information is incorrect or payment has been made, it is
imperative that you contact our office immediately at 912-653-
3880.

If you have an escrow account that is responsible for payment of
your taxes, please contact them at once to find out why your pay-
ment has not been made.

If you have sold this property and are no longer responsible for
payment of these taxes, please advise our office of the new
owner's name and address and we will send a bill to them.

Interest accrues at .54% per month or portion thereof and every
120 days delinquent there is a 5% penalty assessed up to 20%.
The figure quoted here is valid until December 15, 2016.

We can now accept credit card payments on-line at:
    bryancounty.paycountytaxes.com

There is a 2.50% convenience fee charged by the vendor for this
service.

| BILL NUMBER | BASE AMT. | PENALTY | INTEREST | COSTS | PAYMENTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2016 014959 | 452.92 | | 2.44 | | | 455.36 |

CARROL ANN COLEMAN
BRYAN COUNTY TAX COMM
PO BOX 447
PEMBROKE, GA 31321

        25475
PROMAN GLEN J                          DATE:      2017/07/07
                                       VALID TO: 2017/07/31
                                       MAP NO:   042       055
P O BOX 2386                           DESCR : 1994 16X76 FLEETWOOD
RICHMOND HILL          GA 31324        VIN # : GAFLR07A30060W2


PLEASE BE ADVISED THAT AT THIS TIME A FI.FA. HAS BEEN ISSUED AND
RECORDED ON THE GENERAL EXECUTION DOCKET OF THE CLERK OF SUPERIOR
COURT.  IT MAY APPEAR ON CREDIT REPORTS AND ADVERSELY AFFECT YOUR
CREDIT RATING.

THIS LETTER ALSO SERVES AS NOTICE THAT A LIEN HAS BEEN FILED
AGAINST YOUR MOBILE HOME.

IF YOU HAVE A LIENHOLDER ON THIS MOBILE HOME, WE ARE NOTIFYING
THEM ON THE DELINQUENT TAX BILL(S).  IF YOUR MOBILE HOME HAS TWO
OR MORE YEARS DELINQUENT TAXES, YOUR ACCOUNT WILL BE TURNED OVER
FOR FORECLOSURE.

TO AVOID ANY FURTHER ACTION FROM BEING TAKEN, PLEASE REMIT THE
TOTAL DUE IMMEDIATELY.

TAXES CAN BE PAID ONLINE AT:
www.bryancounty.paycountytaxes.com
THERE IS A FEE OF 2.50% CHARGED BY THE VENDOR FOR THIS SERVICE

| BILL NUMBER | BASE AMT. | PENALTY | INTEREST | COSTS | PAYMENTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2017M001643 | 379.04 | 37.90 | 8.52 | 13.00 | | 438.46 |

*June 2nd 2017*

*912*  *653-3884 Monday* *Tercey on Monday so it can be documented* *120 days past due* *no payment*

*received by P.O. Box on : July 15th 2017*

*(912) 653-3880*

*stadson*

CARROL ANN COLEMAN
BRYAN COUNTY TAX COMM
PO BOX 447
PEMBROKE, GA 31321

    25475
PROMAN GLEN J

                             DATE:    2018/04/05
                             VALID TO: 2018/05/01
P O BOX 2386                   MAP NO:   042     055
RICHMOND HILL      GA 31324   DESCR : 1994 16X76 FLEETWOOD
                             VIN # : GAFLR07A30060W2

RECORDS IN THIS OFFICE INDICATE THAT YOU OWE THE FOLLOWING DELIN-
QUENT MOBILE HOME TAXES FOR THE YEARS SHOWN BELOW.

IF THIS INFORMATION IS INCORRECT OR PAYMENT HAS BEEN MADE, IT IS
IMPERATIVE THAT YOU CONTACT OUR OFFICE IMMEDIATELY AT 912-653-
3880.

IF YOU HAVE SOLD THIS MOBILE HOME AND ARE NO LONGER RESPONSIBLE
FOR PAYMENT OF THESE TAXES, PLEASE ADVISE OUR OFFICE OF THE NEW
OWNER'S NAME AND ADDRESS AND WE WILL SEND A BILL TO THEM.

INTEREST ACCRUES AT .625% PER MONTH OR PORTION THEREOF AND AFTER
90 DAYS DELINQUENT THERE IS A 10% PENALTY ACCESSED.  THE FIGURE
QUOTED HERE IS VALID UNTIL MAY 1, 2018.

TAXES CAN BE PAID ONLINE AT WWW.BRYANCOUNTY.PAYCOUNTYTAXES.COM
(THERE IS A FEE OF 2.50% CHARGED BY THE CREDIT CARD PROCESSOR)

| BILL NUMBER | BASE AMT. | PENALTY | INTEREST | COSTS | PAYMENTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2018M001643 | 378.15 | | 2.36 | 1.00 | | 381.51 |

CARROL ANN COLEMAN
BRYAN COUNTY TAX COMM
PO BOX 447
PEMBROKE, GA 31321


    25475
PROMAN GLEN J                             DATE:     2018/05/02
                                          VALID TO: 2018/05/31
                                          MAP NO:    042      055
P O BOX 2386                              DESCR : 1994 16X76 FLEETWOOD
RICHMOND HILL          GA 31324           VIN # : GAFLR07A30060W2


RECORDS IN THIS OFFICE INDICATE THAT YOU OWE THE FOLLOWING DELIN-
QUENT MOBILE HOME TAXES FOR THE YEARS SHOWN BELOW.

IF THIS INFORMATION IS INCORRECT OR PAYMENT HAS BEEN MADE, IT IS
IMPERATIVE THAT YOU CONTACT OUR OFFICE IMMEDIATELY AT 912-653-
3880.

IF YOU HAVE SOLD THIS MOBILE HOME AND ARE NO LONGER RESPONSIBLE
FOR PAYMENT OF THESE TAXES, PLEASE ADVISE OUR OFFICE OF THE NEW
OWNER'S NAME AND ADDRESS AND WE WILL SEND A BILL TO THEM.

INTEREST ACCRUES AT .625% PER MONTH OR PORTION THEREOF AND AFTER
90 DAYS DELINQUENT THERE IS A 10% PENALTY ACCESSED.  THE FIGURE
QUOTED HERE IS VALID UNTIL JUNE 1, 2018.

TAXES CAN BE PAID ONLINE AT WWW.BRYANCOUNTY.PAYCOUNTYTAXES.COM
(THERE IS A FEE OF 2.50% CHARGED BY THE CREDIT CARD PROCESSOR)

| BILL NUMBER | BASE AMT. | PENALTY | INTEREST | COSTS | PAYMENTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2018M001643 | 378.15 | | 4.72 | 1.00 | | 383.87 |

CARROL ANN COLEMAN
BRYAN COUNTY TAX COMM
PO BOX 447
PEMBROKE, GA 31321

        25475
PROMAN GLEN J                           DATE:     2018/01/10
                                        VALID TO: 2018/01/31
                                        MAP NO:    042       055
P O BOX 2386                            DESCR : 1994 16X76 FLEETWOOD
RICHMOND HILL          GA 31324         VIN # : GAFLR07A30060W2


THIS IS JUST A REMINDER THAT THE TAXES FOR THE YEAR(S) AND
AMOUNT(S) INDICATED BELOW HAVE NOT BEEN RECEIVED BY OUR OFFICE.

IF THIS INFORMATION IS INCORRECT OR PAYMENT HAS BEEN MADE, IT IS
IMPERATIVE THAT YOU CONTACT OUR OFFICE IMMEDIATELY AT 912-653-
3880.

IF YOU HAVE SOLD THIS MOBILE HOME AND ARE NO LONGER RESPONSIBLE
FOR PAYMENT OF THESE TAXES, PLEASE ADVISE OUR OFFICE OF THE NEW
OWNER'S NAME AND ADDRESS AND WE WILL SEND A BILL TO THEM.

THE TOTAL DUE BELOW IS VALID UNTIL JANUARY 31, 2018.  PLEASE
REMIT THIS AMOUNT AS SOON AS POSSIBLE TO AVOID FURTHER INTEREST
FROM ACCRUING.

YOU CAN NOW PAY ON-LINE AT:
www.bryancounty.paycountytaxes.com.

THERE IS A 2.5% CONVENIENCE FEE CHARGED BY THE VENDOR FOR THIS
SERVICE.

| BILL NUMBER | BASE AMT. | PENALTY | INTEREST | COSTS | PAYMENTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2017M001643 | 379.04 | 37.90 | 20.73 | 12.00 | 200.00 | 249.67 |

CARROL ANN COLEMAN
BRYAN COUNTY TAX COMM
PO BOX 447
PEMBROKE, GA 31321

    25475
PROMAN GLEN J

P O BOX 2386
RICHMOND HILL       GA 31324

DATE:    2019/07/05
VALID TO: 2019/07/31
MAP NO:   042      055
DESCR : 1994 16X76 FLEETWOOD
VIN # : GAFLR07A30060W2

PLEASE BE ADVISED THAT AT THIS TIME A FI.FA. HAS BEEN ISSUED AND
RECORDED ON THE GENERAL EXECUTION DOCKET OF THE CLERK OF SUPERIOR
COURT.  IT MAY APPEAR ON CREDIT REPORTS AND ADVERSELY AFFECT YOUR
CREDIT RATING.

THIS LETTER ALSO SERVES AS NOTICE THAT A LIEN HAS BEEN FILED
AGAINST YOUR MOBILE HOME.

IF YOU HAVE A LIENHOLDER ON THIS MOBILE HOME, WE ARE NOTIFYING
THEM ON THE DELINQUENT TAX BILL(S).  IF YOUR MOBILE HOME HAS TWO
OR MORE YEARS DELINQUENT TAXES, YOUR ACCOUNT WILL BE TURNED OVER
FOR FORECLOSURE.

TO AVOID ANY FURTHER ACTION FROM BEING TAKEN, PLEASE REMIT THE
TOTAL DUE IMMEDIATELY.

TAXES CAN BE PAID ONLINE AT:
www.bryancounty.paycountytaxes.com
THERE IS A FEE OF 2.50% CHARGED BY THE VENDOR FOR THIS SERVICE

| BILL NUMBER | BASE AMT. | PENALTY | INTEREST | COSTS | PAYMENTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2019M001662 | 410.35 | 41.04 | 11.64 | 33.00 | | 496.03 |

CARROL ANN COLEMAN
BRYAN COUNTY TAX COMM
PO BOX 447
PEMBROKE, GA 31321

    25475
PROMAN GLEN J

P O BOX 2386
RICHMOND HILL       GA 31324

DATE:    2018/07/11
VALID TO: 2018/07/31
MAP NO:    042     055
DESCR : 1994 16X76 FLEETWOOD
VIN # : GAFLR07A30060W2

PLEASE BE ADVISED THAT AT THIS TIME A FI.FA. HAS BEEN ISSUED AND
RECORDED ON THE GENERAL EXECUTION DOCKET OF THE CLERK OF SUPERIOR
COURT.  IT MAY APPEAR ON CREDIT REPORTS AND ADVERSELY AFFECT YOUR
CREDIT RATING.

THIS LETTER ALSO SERVES AS NOTICE THAT A LIEN HAS BEEN FILED
AGAINST YOUR MOBILE HOME.

IF YOU HAVE A LIENHOLDER ON THIS MOBILE HOME, WE ARE NOTIFYING
THEM ON THE DELINQUENT TAX BILL(S).  IF YOUR MOBILE HOME HAS TWO
OR MORE YEARS DELINQUENT TAXES, YOUR ACCOUNT WILL BE TURNED OVER
FOR FORECLOSURE.

TO AVOID ANY FURTHER ACTION FROM BEING TAKEN, PLEASE REMIT THE
TOTAL DUE IMMEDIATELY.

TAXES CAN BE PAID ONLINE AT:
www.bryancounty.paycountytaxes.com
THERE IS A FEE OF 2.50% CHARGED BY THE VENDOR FOR THIS SERVICE

| BILL NUMBER | BASE AMT. | PENALTY | INTEREST | COSTS | PAYMENTS | TOTAL DUE |
|-------------|-----------|---------|----------|-------|----------|-----------|
| 2018M001643 | 378.15    | 37.82   | 9.45     | 13.00 |          | 438.42    |

CARROL ANN COLEMAN
BRYAN COUNTY TAX COMM
PO BOX 447
PEMBROKE, GA 31321


   25475
PROMAN GLEN J

                                  DATE:     2020/01/07
                                  VALID TO: 2020/01/31
                                  MAP NO:    042    055

P O BOX 2386                         DESCR : 1994 16X76 FLEETWOOD
RICHMOND HILL        GA 31324        VIN # : GAFLR07A30060W2


THIS IS JUST A REMINDER THAT THE TAXES FOR THE YEAR(S) AND
AMOUNT(S) INDICATED BELOW HAVE NOT BEEN RECEIVED BY OUR OFFICE.

IF THIS INFORMATION IS INCORRECT OR PAYMENT HAS BEEN MADE, IT IS
IMPERATIVE THAT YOU CONTACT OUR OFFICE IMMEDIATELY AT 912-653-
3880.

IF YOU HAVE SOLD THIS MOBILE HOME AND ARE NO LONGER RESPONSIBLE
FOR PAYMENT OF THESE TAXES, PLEASE ADVISE OUR OFFICE OF THE NEW
OWNER'S NAME AND ADDRESS AND WE WILL SEND A BILL TO THEM.

THE TOTAL DUE BELOW IS VALID UNTIL FEBRUARY 1, 2020.  PLEASE
REMIT THIS AMOUNT AS SOON AS POSSIBLE TO AVOID FURTHER INTEREST
FROM ACCRUING.

YOU CAN NOW PAY ON-LINE AT:
www.bryancounty.paycountytaxes.com.

THERE IS A 2.5% CONVENIENCE FEE CHARGED BY THE VENDOR FOR THIS
SERVICE.

| BILL NUMBER | BASE AMT. | PENALTY | INTEREST | COSTS | PAYMENTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2019M001662 | 410.35 | 41.04 | 24.96 | 33.00 | 200.00 | 309.35 |

CARROL ANN COLEMAN
BRYAN COUNTY TAX COMM
PO. BOX 447
PEMBROKE, GA 31321

   25475
PROMAN GLEN J

P O BOX 2386
RICHMOND HILL        GA 31324

DATE:      2020/05/21
VALID TO: 2020/06/15
MAP NO:    042    055
DESCR : 1994 16X76 FLEETWOOD
VIN # : GAFLR07A30060W2

RECORDS IN THIS OFFICE INDICATE THAT YOU OWE THE FOLLOWING DELIN-
QUENT MOBILE HOME TAXES FOR THE YEARS SHOWN BELOW.

IF THIS INFORMATION IS INCORRECT OR PAYMENT HAS BEEN MADE, IT IS
IMPERATIVE THAT YOU CONTACT OUR OFFICE IMMEDIATELY AT 912-653-
3880.

IF YOU HAVE SOLD THIS MOBILE HOME AND ARE NO LONGER RESPONSIBLE
FOR PAYMENT OF THESE TAXES, PLEASE ADVISE OUR OFFICE OF THE NEW
OWNER'S NAME AND ADDRESS AND WE WILL SEND A BILL TO THEM.

INTEREST ACCRUES AT .6458% PER MONTH OR PORTION THEREOF AND AFTER
90 DAYS DELINQUENT THERE IS A 10% PENALTY ACCESSED.  THE FIGURE
QUOTED HERE IS VALID UNTIL JUNE 15, 2020.

TAXES CAN BE PAID ONLINE AT WWW.BRYANCOUNTYPAY.COM
(THERE IS A FEE OF 2.50% CHARGED BY THE CREDIT CARD PROCESSOR)

| BILL NUMBER | BASE AMT. | PENALTY | INTEREST | COSTS | PAYMENTS | TOTAL DUE |
|---|---|---|---|---|---|---|
| 2020M001661 | 469.58 | | 3.03 | 1.00 | | 473.61 |
| 2019M001662 | 410.35 | 41.04 | 34.61 | 33.00 | 200.00 | 319.00 |
| TOTALS | 879.93 | 41.04 | 37.64 | 34.00 | 200.00 | 792.61 |

**CARROL ANN COLEMAN**

**BRYAN COUNTY TAX COMMISSIONER**

11 North Courthouse Street     P. O. Box 447
Pembroke, GA, Georgia 31321
Phone 912-653-3880   Fax 912-653-3831
ccoleman@bryan-county.org



## PARTIAL PAYMENT CONTRACT

Date: 6-13-23

NAME OF TAXPAYER: Glen J. Proman
TAXPAYER ACCOUNT #: 25475    042-055

The undersigned taxpayer (or agent) agrees to pay $ 100.00 every month
Beginning July 1st, 2023

Other arrangements: will pay $50.00 when she signs contract

Total due as of date of contract: $759.98 _____ GAFLR07A300L0W2

Description of Property: 1994 Fleetwood Westfield 16x76

The Tax Commissioner's office will take no action to levy on property <u>as long as this payment schedule is adhered to.</u>
Foreclosure and seizure will be immediate if contract is not met.

I understand that failure to make these payments as agreed will render this contract null and void and end the protection from levy and sale that it provides. I understand that if the terms of the contract are not met and the contract is cancelled, it will not be possible to renew it or apply for another contract. I also understand that this agreement does not protect against the accrual of any interest and penalties.

I do hereby swear and declare that I do not have the financial assets to pay the taxes due in full and that the above declared amount is the largest amount that I can pay without extreme financial hardship.

Printed name of Taxpayer or Agent: Glen Proman & Doris Proman

Signature: Doris Proman

Telephone Number (Home) 912-321-8971 Cell 912-321-8971 (Work) _____

Property Tax Supervisor: Shelia Way     Phone: 912-653-3392

Tax Commissioner's Signature Carrol Ann Coleman

Sworn to and subscribed before me

this 13 day of June 20 23

Michele M Presley

Notary Public        (Seal)

Commission Expires: 3/23/25

[Notary seal: MICHELE M. PRESLEY / NOTARY PUBLIC / My Comm. Exp. 03/23/2025 / BRYAN COUNTY, GEORGIA]

Weidner Law
250 Mirror Lake North
St. Petersburg, Fla. 33701
1) 727-954-8752
   Published on Apr. 7, 2015
   Case: 3DCA 14-1730 Wells Fargo Bank NA
etc. vs Melissa M Donaldson

---

Foreclosure and fraud Upon The court - Original
Note not Filed.
Published on Feb 6, 2015
2) 12 0259 Ricardo Sanchez vs Bank of New York
   etc. et al, Michelle Sjolander endorsement

---

Published on Aug 6, 2015
William Russell appeals a final judgment of
forecloser entered in favor of Nationstar Mortgage,
3) LLC (Nationstar), following a bench trial. We reverse
because Nationstar failed to established that the
original plaintiff, Aurora Loan Services, LLC (Aurora)
had standing to forecloser at the time Aurora filed
the ~~Clos.~~ forecloser complaint.

Case# 2D14-3166 = In the District Court of
appeal of Florida (~~Secxond~~ Second District)

# Dynamic Spine & Rehab
Phone: (912) 650-3168
Fax: (912) 208-5064

## Chart Notes

---

**Patient Name: Proman, Doris**                              **DOB: 09/04/1951**

**Date: 11/14/2023**

---

**Provider: Jonathan A Jewett, D.C.**

---

**Diagnoses:**

G44.319 : Acute post-traumatic headache, not intractable, M25.462 : Effusion, LT knee, M25.562 : Pain in LT knee, M54.12 : Radiculopathy, cervical reg, M54.2 : Cervicalgia, M54.50 : Low back pain, M99.01 : Seg and somatic dysfunction of cervical reg, M99.05 : Seg and somatic dysf of pelvic reg, S13.4XXA : Sprain of cervical ligts, initl., S16.1XXA : Strain of muscle, fascia and tendon at neck level, initial encounter, S39.012A : Strain of lower back

**Subjective:**

Doris presents today for injuries sustained as a result of her floor giving way below her, which caused her to fall through the floor, on November 1, 2023.  She was treated at the hospital, and told her to follow up with her PCP.  She has since been having pain in her neck, left arm and left leg, as well as frequent headaches.  She denies having any of these issues prior to the fall.  She has been icing, but only for 12-15 minutes.  She is taking medication prescribed by the hospital, which doesn't help much.  She has a brain tumor, but it has not been growing, and was not causing her headaches.  Her headaches do not wake her from sleeping.  She states, she has having blurry vision since the fall.  She states, she hit the back of her head on her freezer as she fell.

Doris rates the sharp and shooting pain/discomfort in the back of the head (headache), an intensity of 10, on a scale of 1 - 10, occurring approximately 90% of the time.

Doris rates the aching and tightness pain/discomfort in the right side of the neck, an intensity of 9, on a scale of 1 - 10, occurring approximately 60% of the time.

Doris rates the aching, burning and throbbing pain/discomfort in the side of the left elbow, an intensity of 10, on a scale of 1 - 10, occurring approximately 60% of the time.

Doris rates the burning and throbbing pain/discomfort in the side of the left hand, an intensity of 10, on a scale of 1 - 10, occurring approximately 70% of the time.

Doris rates the burning and throbbing pain/discomfort in the side of the left knee, an intensity of 10, on a scale of 1 - 10, occurring approximately 100% of the time.

Doris rates the burning and throbbing pain/discomfort in the top of the left foot, an intensity of 10, on a scale of 1 - 10, occurring approximately 100% of the time.

**Objective:**

---

*Spurling's test* was performed to assess for nerve root pain/compression, the result of which was positive with localized and radicular pain or paresthesia bilaterally.

*Cervical Foraminal Compression test* was performed to assess for IVF encroachment and sprain or strain, the result of which was positive with localized and radicular pain or paresthesia bilaterally.

*Soto-Hall test* was performed to assess for nerve root compression, the result of which was positive with localized and radicular pain or paresthesia.

*Brachial Plexus tension test* was performed to assess for lesions to the Brachial Plexus, the result of which was positive with radicular pain or paresthesia on the left.

*Bakody test* was performed to assess Cervical nerve root compression, the result of which was positive.

*Distraction test* was performed to assess for nerve root compression or muscle strain.  The test was positive with increased pain.

*Shoulder depression test* was performed to assess for brachial plexus lesions as well as muscle strain, the result of which was positive with increased pain bilaterally.

*Kemp's test* was performed to differentiate between facet (zygapophyseal) joint injury, nerve root compression and muscle strain.  Localized pain on ipsilateral side is more indicative of a facet joint injury, radiating symptoms - nerve root injury or compression, and contralateral pain is more indicative of a muscle strain.  The result of our test was positive with localized pain on the right; pain ipsilateral.

*Lasegue's test* is performed to help determine if the patient has an underlying herniated disc or other disc injury.  This test was positive right.

Palpation of the muscles revealed moderate muscle hypertonicity in the following areas: mid thoracic, lower thoracic and lumbar.

Palpation of the muscles revealed muscle spasm in the following areas: cervical, left upper thoracic and right upper thoracic.

Palpatory tenderness was noted in the following areas:  cervical, upper thoracic, right pelvic, left anterior knee, anterior left lower leg and left ankle.

Palpation revealed edema in the following areas:  cervical, upper thoracic, left anterior knee and left ankle.

## Assessment:

Prognosis is withheld until response to the prescribed treatment regimen can be evaluated.

## Plan:

*Electric muscle stim* was performed on the Cervico-Thoracic region and Lumbar region; to restore muscle tone, reduce spasms and edema, prevent or retard disuse atrophy, and to increase local blood circulation.  The therapy was performed for approximately 15 minutes.

Begin seeing patient 3 times per week for 4 week(s).  Our goals of treatment include the following:  decrease pain, decrease segmental dysfunction, reduce swelling, decrease muscle spasm and increase active and passive range of motion.

We covered proper use of ice during today's appointment, and Doris was instructed to ice daily during her initial treatment plan with our office.

Electronically Signed

Jonathan A Jewett, D.C.   11/14/2023 11:43:12 AM

Generated: Jan 2, 2024 12:39PM

Page 1/1



# U.S. District Court

## Georgia Southern - Savannah, 8 Southern Oaks Ct., Savannah, GA 31405 - PH: 912-650-4020

Doris Froman
9664 Ford Ave
Unit 2386
Richmond Hill, GA 31324

Receipt Date: Jan 2, 2024 12:39PM

Rcpt. No: 400001234

Trans. Date: Jan 2, 2024 12:39PM

Cashier ID: #WP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CA | Cash | | | | $405.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $405.00 |
| Cash Change Amount: | $0.00 |

**Comments:** CV424-2 Hall Ray

Thank you for your payment. Only when the check or money order clears the bank or the credit of funds are verified by the bank, will the fee or debt be officially paid or discharged. A $53 fee will be charged for a returned payment. Should you wish to pay on-line, by Credit Card or ACH, please visit our website at https://www.gasd.uscourts.gov/ and click on the Pay.gov tab.

*This is a Criminal Case Please!*

(page 1)

David Shawn Williams
(settlement of claim)

Statement Dates:   Police Report Case no: 17010119

01-06-2017       Being harrassed by David Shawn Williams who works
for Carol Baron Miller. started to leave door notes I
told him my property is free and clear. He must
have the wrong house. He states he bought my
home and property. MR. Williams gave me a threat.
He stated I can rent from him or be evicted in 7 days.
I told this to George Waters on the phone. He
stated to me he is aware of the situation. He
also has been driving door to door with a young
blank individual in a van asking questions about
our property. David Was driving a Carpet
cleaning Service Van called: David Williams Carpet
cleaning service. I served MR. Williams with an
arrest warrant. He knew we had no insurance
and we signed a paper in Superior Court for
Carol's home insurance to take over. After this
incident, they slapped us with an eviction notice
accompanied by a summons.

01-03-2017 —— I paid my property taxes on time. They allow 2 yrs.
(the tag office) but, my property taxes were paid way before.
(police report no. 18010488) Sheriff Jeffrey Davis

01-02-2018 —— Rainny evening. A car coming down my road at
least 55 miles an hour then stoped and almost
missed me. I saw who was in the car. It was
David Shawn and his black friend. They both
looked at me. Turn around real fast and
speeded out the same way.

06-04-2019 —— I mailed out for the tag decal. The paper
work came in with no decal. I went to the Sheriffs
office and showed my evidence. officer gave me a
police report for decal to be Re-submitted to me
(police Report no. 19060036). Reporting officer: Toby
Cameron.

01-25-2018 —— Received in the mail Notice of hearing in
adversary proceedings. The court clerk told me before
I come, check with my lawyers. I called Jerimamiah
Gastin and he told me the court already took
place. I was upset. We were suppose to be there.
It sounds like the deed was handed to some
one.

over ⟶

It could not ............. property taxes were all paid up and I was told by McNamara and Adams P.C. they owed me Six to Eight thousand dollars. I over paid them. I always mailed more money to keep ahead and by our home off early. Every time they take us to court, this is all wrong. We are not the guilty party. These people came and stole it.

page 16

(page 2)                    Settlement of Claim Continued

Statement Dates:              David Shawn Williams

10-30-2023 — Received notice to terminate tenancy. Letter did not make any sense. From the 30th of October to Nov. 27, 2023 is not 60 days as the letter stated. I told Mr. Robertson's Secretary I was in the hospital, but I had the check. I just could not get around yet. Not able to. I got to speak to this lawyer but, they turned around and placed a Summons on us. This is Carol Bacon's doing.

11-30-2023 — My home was broken into. I thought it was my husband but, it wasn't. It was a black man dressed all in black with a black hood on his head. This same person rides a motorbike up and down the road. (police report no. 23031924) Sgt. Cameron and Captain R. Hughes.

11-25-2023 — I arrived at the Sheriffs office tired and overwhelmed. Pain in my body can't control. I was in tears. I went to fill out paperwork at the Clerks office in Richmond hill and I was told my paperwork did not need a stamp on it which is not true. I know for fact all court paperwork that is part of any case is suppose to be stamped. In good faith an officer told me this as well. I went back and got it stamped by a different person that was behind the office. The police women I was telling this issue to said she would give me a police report on this but, she never did.

11-25-2023 — I also told the Deputy 2 cars were trying to run us off the road. While it was happening, I took pictures to capture their driver licence plates. (I have evidence on my camera). I did speak to a women dispatcher on the phone while it was going on. I did give her one of the tag numbers. The other I can't make out. Still on my phone.

Nov. 22, 2023 — Counter claim submitted. (part of 11-25-2023).

Nov. 15 2023 — Served a Dispossessory Warrant. They have the date wrong as to the payments I have been making. (I have bank statements showing payments by bank checks).

Settlement of Claim Continued

David Shawn Williams

(page 3)

Statement Dates:

• Warrent for Arrest

03-21-2022 ———— David S. Williams does not want me to call him. He stated on the phone to me, "never call me again". This issue goes back and forth. One minute he is the landlord then the next min he is not. He works for Carol Bacon Miller. Out of his own mouth he admitted he works for Carol Bacon Miller. If he is the landlord why won't he fix what needs to be fixed? As it is we pay the whole electric bill. It's in my name for 42 yrs. lately he is harassing me on the phone. I ignore it. Yet why was the warrent not served. I paid for it. There is plenty of evidence he is trying to commite murder and it is being ignored until it happens. (police report no. 18010072) CPL Lewis M.O.L.A NO III. Monies is being submitted to his address Knowing he is not the landlord. This is between Carol Bacon Miller and David.

David Shawn Williams

Seeking $ ~~100,000~~ 90,000 plus a long term prison sentence with no appeal and no parole.

• Theft By Deception

Mr. David Shawn Williams has a way of conning people. He is using us to believe we will be able to buy the property back. David has no intention of selling it and knows it is stolen goods. This is a deliberate act. This is how we were deprived as owners. (police reports, videos, pictures are available).

• Theft

Taking in $ 543.43 every month since the court de (evidence present on Carol Bacon Millers paperwork).

• Going Door-To-Door

David S. Williams and his black partner had no business going door-to-door asking our family members and other neighbors" who owns the property we are on"? He was driving a Carpet Cleaning truck while doing this with his partner. He came in through the back side of the property doing this. (police report and video available).

• Steeling Property

My property taxes were paid. This person through another person's doing (Carol Bacon Miller) Should of never taken place. (police report available on Ca Bacon Millers report).

• Court System (s)

A civil counter claim has been submitted to David Shawn Williams for damages. We will be adding in the upper court value of our property and home.

• We are also Seeking Restitution Damages

Due to no repairs of our home, damages occure our home as well as physical issues due to his negligence.

over →

Settlement of Claim Continued

Carol Bacon Miller

( Part 1 )

Statement Dates :

10-15-2016 ——— Young man working for Carol Bacon Miller kept driving up my driveway; walking fast to my door with keys. Started to drive away when I aproched him. He was driving someone elses car. (police report no. 16100422). Videos available as evidence to acompany myself.

05-17-2018 ——— Carol Bacon Miller bought out Mr. Camron C. Kulhman. He was my attorney. F.B.I submitted this information to me. After so many months Mr. Kulhman showed me Carol's letters. He gave many excuses and wasting time. After checking certified letter numbers, it showed they were all false from Caliber Home loans. He stated to me, " I won my case" but, was going to sue Caliber Home loans as well. None of this ever happened. He submitted a letter to me he wanted to drop my case. He also stated I spoke to him dirty language. This is all untrue. (I have a witness).

10-02-2018 ——— Carol Bacon Miller kept buying out people who granted us the loan money. Caliber Home loans is one of them. Also my call log on my phone has been erased. They are using spywear on my phone. She wanted to have them call here. if ever more contacts came across. (Con part2)

06-03-2019 ——— I paid for tags for the vehicle and decal was missing. (police report case no. 19060058). Person who is the head now knows Carol.

11-10-2021 ——— While cleaning kitchen windows my left part of my body (my left leg) went through the floor. My head hit the tip of the upright frezzer. My Ring finger on my left arm hit the floor hard. Back of my head hit hard (I have a brain tumor). Had my cell phone near called my brother-in-law for help. Front door was not locked. Both brothers came. (police report case no. 2111046). I had my phone on speaker with sheriff present and he heard the whole conversation.

2nd time my foot went through the floor. I tried opening the small frig. It landed on top of me. my left leg went through the floor again but, in a

over →

I was given special shoe to wear and a finger splint. My left part of my body is completly damaged for life. The pain is unbearable. My whole neck feels swollen. My eyes have been affected my the fall. My left part of my body burts. I can't hold items like I used to. Everything falls. feelings come and go. Husband fell off the roof but, did not want to report it. He felt they would take us back to court and throw us out. I had to take care of him. I verbally did tell the Sheriff and a Deputy. (CRN case # 23112214 : Date 11-25-2023) Deputy Coleman # 146; I also tried picking up the police report but, never was written.

Sealed J.B.H. Claim Continued

Carol Bacon Miller

(Part 2)

Statement Dates:

03-21-2022 — Arrest Warrants Were never served. Rebeca Crow stated to wait a week due to it was too early to send them out. If I wanted to then she would submit them. I told her that one week sounded fine. but, they were never sent out. I paid for those warrants.

06- -2022 — At the request of every mortage company (ies)
469-701-4310
• Don with Caliber Home Loans  1 800-621-1426
OR
Charles or Jennifer Nye (or ye went to work at a bank).
NOORZALE
• Natelle with Am One 971-501-1330
• Ian Dowdy with Rocket Mortage 1 313-782-9937
• Jim Turner with Cardinal Financial (Cell no. is: 912-248-6667

All these places told me something different after we were excepted for a loan. Again Carol Bacon Miller had to speak to each one. I think it was Turner I had to pay $600.00 for home inspection (an Appraisal). Someone erased my call log information.
(Contract attached from Carol Bacon Miller).

10-27-2018 — Carol Bacon Miller filed for a Quit claim deed attached). She worked fast to get all documents in her name.

01-26-2022 — Carol Bacon Miller requesting payments be made to her. Account Statement has my Tittle number 502325R. The heading is the P.O. Box of Mr. Williams (Box 629).

06-01-2017 — Payments made to Superior Court in Pembroke, Ga. til case is won. All of a sudden I was told by George A. Waters who was my lawyer and on this day as well kept doing a "disapearing Act" told us to make payments to: Sink+tide LLC; P.O. Box 629; Ellabell, Ga. 31308

06-01-2017 — I signed a paper Ms. Bacon Miller requested for me to sign. She said, "Now you have no home Insurance." "You have mine." I never received a copy of it.

(Part 3)                    Carol Bacon Miller

Statement Dates:

03-31-2022 _____ Carol Bacon Miller is willing to sell us back the property and home for seventy-five thousand dollars plus all closing costs and more. 1st Attorney no longer involved. Contract is no longer valid. No lease ever created. No guide-lines to follow. No rules given to go by. This seems to be a month-to-month payment and all illegal. She is only wasting time so we would never get back our home and property.

02-21-2022
AND              ⟩  Paperwork submitted to me by an Attorney who
10-04-2023          wishes to remain anonymous. It shows Brad Raffensperger the Secretary of State Certifies under his seal; 67 Proman Hill LLC is a Domestic Limited Liability Company. I spoke with his staff on the phone at the White House. They stated it is not true, "Brad has done no such thing." Verbally stated by a female staff worker for Brad. They wanted to know the person's name using Brad's name. I said, "Carol Bacon Miller. They did not know the name mentioned, "never heard of her." They said it sounds like fraud. I spoke with other women but, the last one I spoke with is Bianca. She put me on hold and asked me to send her all my police reports. I did not submit them. Don't know what he would of done with them.

10-    —2023     Black vehicle approched behind my car. Person inside the black car was taking pictures of my car tag. This is when 67 Proman Hill LLC came to be.

01-04-2024 _____ Notice of Hearing. Submitted by the new Attorney. In this court there is no stenographer present. Everytime I try to prove an issue, I am and my husband draged into court.

                    • The Brad Raffensperger fraud
Please find an attachment how naming our property to a false business occured. Enclosed is evidence.

Relief

Carol Bacon Miller

Seeking $100,000

• physical and emotional pain and suffering.

My body on the left side went down on the ceramic floor tile in my kitchen while cleaning windows. My left leg went through the floor. My left arm hit the floor hard and my left ring finger bent backward hard when I fell.

• Back and neck and head

When I fell I hit the back of my up right frezzer My head hit the tip of the frezzer before I went down. I felt like I was swallowing blood. I have constant headaches. This fall has affected my eyesight for some reason. Since I have a brain tumor my hearing comes and goes on my left ear. My neck is swollen and I can't get rid of the stress it causes. It feels heavy all the time. My left arm gives out and I end up dropping pans, cooked food or whatever I am holding. It's happening more and more. My brother-in-law got me out of the floor. (Police report and medical records included).

I can't do what I used to do. I used to be full of joy. Now I'm depressed and wondering what will be next. We have been put through so much inconvenience due to wrongful acts. I no longer can function like I used to. It never stops.

• Open Heart Surgeries

I have had two (2) open heart surgeries less than one month apart from the first one. Since the first fall I hope all is well with my heart.

• Second Fall

A few months ago I went to open my small fris. I tried opening the door, I pulled it open and it landed on my chest. My left leg went through the floor. I ended going to the emergency Room. I had a fractured finger. They put a splint on it. leg was given a special shoe. I have earpain on my left ear.

page 1

## TRUTH-IN-LENDING DISCLOSURES (Page 1 of 3)

**LENDER (Called "We", "Us", "Our")**
BENEFICIAL MORTGAGE CO. OF GEORGIA
13040 ABERCORN STREET
SUITE 15
SAVANNAH GA 31419

**BORROWERS (Called "You", "Your")**        LOAN NO:  328102-703858      "e"
PROMAN, GLENN J
PROMAN, DORIS
67 PROMAN HILL RD
RICHMOND HILL GA 31324

| ● ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | ● FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. | Date of Loan |
|---|---|---|---|---|
| 7.886% | $  48053.62 | $ 50999.54 | $   99053.16 | 07/26/04 |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due | | |
|---|---|---|---|---|
| 1 | $   464.03 | 08/26/04 "e" | | |
| 11 | $   464.03 | Day | 26 | of each month thereafter. "e" |
| 12 | $   465.88 | Day | 26 | of each month thereafter. "e" |
| 12 | $   448.10 | Day | 26 | of each month thereafter. "e" |
| 12 | $   440.70 | Day | 26 | of each month thereafter. "e" |
| 12 | $   433.68 | Day | 26 | of each month thereafter. "e" |
| 12 | $   427.05 | Day | 26 | of each month thereafter. "e" |
| 12 | $   420.83 | Day | 26 | of each month thereafter. "e" |
| 12 | $   415.02 | Day | 26 | of each month thereafter. "e" |
| 12 | $   409.63 | Day | 26 | of each month thereafter. "e" |
| 12 | $   404.66 | Day | 26 | of each month thereafter. "e" |
| 12 | $   400.12 | Day | 26 | of each month thereafter. "e" |
| 12 | $   396.01 | Day | 26 | of each month thereafter. "e" |
| 96 | $   392.34 | Day | 26 | of each month thereafter. "e" |

"e" means an estimate

**NOTICE: The following pages contain additional information.**

11-18-02
RE/PHL TIL



*P348B3616P95T1R8000GAB19351C**PROMAN          *                    CUSTOMER COPY

**qPublic.net** Bryan County, GA

## Summary

| | |
|---|---|
| Parcel Number | 042 050 |
| Location Address | 67 PROMAN HILL RD |
| Legal Description | 20GMD L#8 PROMAN SD PBG-2-137 |
| | (Note: Not to be used on legal documents) |
| Class | R3-Residential |
| | (Note: This is for tax purposes only. Not to be used for zoning.) |
| Zoning | AR-1 |
| Tax District | County Unincorporated (District 03) |
| Millage Rate | 24.687 |
| Acres | 0.48 |
| Neighborhood | PROMAN (PROMAN) |
| Homestead Exemption | Yes (S1) |
| Landlot/District | N/A |

View Map



08.22.2012

*Look at the date this picture was taken.*

## Owner

PROMAN GLENN J
P.O. BOX 2386
RICHMOND HILL, GA 31324-0000

## Land

| Type | Description | Calculation Method | Square Footage | Frontage | Depth | Acres | Lots |
|---|---|---|---|---|---|---|---|
| RES | PROMAN | Lot | 0 | 0 | 0 | 0 | 1 |

## Mobile Homes

| Style | Manufacturer | Model | Year Built | Width/Length | Serial Number | Condition | Value |
|---|---|---|---|---|---|---|---|
| Mobile Homes | IMPERIAL MFG HOMES | UNKNOWN | 1995 | 28 x 40 | IHNCO19503043AB | Average | $17,200 |

## Accessory Information

| Description | Year Built | Dimensions/Units | Identical Units | Value |
|---|---|---|---|---|
| * FEE - FIRE PROTECTION | 2010 | 0x0 / 0 | 0 | $0 |
| * FEE - TRASH COLLECTION | 2010 | 0x0 / 0 | 0 | $0 |
| SHELTER | 1995 | 12x20 / 0 | 0 | $480 |

## Sales

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 1/3/2017 | 1232 805 | G2 137 | $26,700 | FORECLOSURE-FMV | PROMAN GLENN J | SINKHOLE LLC |
| 3/1/1995 | 13-N0 260 | G 2 | $0 | GIFT DEED | | PROMAN GLENN J |
| 6/1/1977 | 04-M0714 | | $0 | UQ | | |
| 12/1/1976 | 04-M0007 | | $0 | UQ | | |

## Valuation

| | 2016 | 2015 |
|---|---|---|
| Previous Value | | |
| Land Value | $27,480 | $30,350 |
| + Improvement Value | $12,000 | $12,000 |
| + Accessory Value | $17,200 | $15,000 |
| = Current Value | $480 | $480 |
| | $29,480 | $27,480 |

## Photos



No data available for the following modules: Rural Land, Conservation Use Rural Land, Residential Improvement Information, Commercial improvement information, Prebill Mobile Homes, Permits, Sketches.

The Bryan County Board of Assessors makes every effort to produce the most accurate information possible. No warranties, expressed or implied are provided for the data herein, its use or interpretation. This webpage is not live data. Values and Ownership indicated are from the last Georgia Department of Revenue certified tax roll and reflect property values as of the tax lien date which, in Georgia, is 1 January of each year. Other data changes will be updated throughout the year.

Last Data Upload: 5/26/2017 6:08:47 PM



Developed by
The Schneider
Corporation

# WESCO INSURANCE COMPANY

Home Office: Churchman's Corporate Center, 90 Christiana Rd., New Castle, Delaware 19720
Executive and Administrative Offices: 200 Somerset Corporate Blvd., Suite 100, Bridgewater, NJ 08807

A STOCK COMPANY
(Herein called the "Company")

## CERTIFICATE OF INSURANCE
### REAL ESTATE LOAN INSURANCE
### DECLARATIONS

**Lender's Name/Lender's Address:**
BENEFICIAL MORTGAGE CO. OF GEORGIA
13040 ABERCORN STREET
SUITE 15
SAVANNAH GA 31419

Certificate Number: 328102-703858

**Name of Borrower/Address of Borrower:**
PROMAN, GLENN J
SS# 260115266
PROMAN, DORIS
SS# 098446397
67 PROMAN HILL RD
RICHMOND HILL GA 31324

Master Policy Number: _____ **GAFR01**

Address of Borrower's Property, if Different:





| EFFECTIVE DATE OF LOAN | POLICY PERIOD TO | POLICY PERIOD FROM |
|---|---|---|
| 07/26/2004 | 07/26/2024 | 07/26/2004 |

INITIAL AMOUNT OF LOAN
$ 53,548.45

AMOUNT OF PREMIUM
$ 26.77 Monthly

MONTHLY LOAN PAYMENT
$ 530.06

INITIAL AMOUNT OF INSURANCE
53,548.45

LOAN TERM (in months)
240

TERM OF INSURANCE (in months)
240

Loan Amortization Term (in months), if Different _____ N/A

## INSURING AGREEMENTS

In this Certificate, the words "You" and "Your" refer to the Borrower shown above. The Lender and You will have the Monthly Benefit or the Amount of Insurance in Force paid, as your interests may appear, in the event of loss as defined in this policy, subject to the policy's:

1. Provisions;
2. Stipulations;
3. Limits of Liability;
4. Exclusions;
5. Other Terms and Conditions.

*Ins. Added to the mortage home.*
*(double-wide) when bought.*
*(part of 06-01-2017) part 2 report*

VIC-10-012 (11/87)
E FMP RELI CERT 04-29-02

*MP348B361SP85S5R8000GABFER01CM*PROMAN

CUSTOMER COPY

GABFER01



OFFICE: 912-756-2814
FAX: 912-756-4185
E-MAIL: lksmiley@gfb.org

**LAURA K. SMILEY, LUTCF**
AGENT
GEORGIA FARM BUREAU INSURANCE SERVICES
SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY

P.O. BOX 1037
9390 FORD AVENUE, SUITE 6    RICHMOND HILL, GEORGIA 31324

D-258-8602
$1463.-
home + flood
SPS-
fax - 801-269-4499
acct# - 0017361197

May 1st -
sold to -
SPS
Select Portfolio
800-401-6587 customer service

1. Spoke to
Claria
2.

Kiesha - i.d. # -
26143
Select Portfolio
801-594-6421
April 10th Select Portfolio
800-258-8602

Tatiana Thomas @
Select Portfolio

FAX # 8012933982

Acc# LOAN
0017361197

Lora called and the lady on the phone told her
she was calling her (Laura) from a bank. The lady told a lye.
the number was Residencial.

Ref# 1516697

**Thomas J. McNamara**
*Attorney at Law*

7370 Hodgson Memorial Drive, Suite B-11
Savannah, GA 31406
912.355.1109 T  912.351.0417 F

10221 Ford Avenue,
Suite #7
Richmond Hill, GA 31324
912.355.1109 T  912.351.0417 F

130 Canal Street
Suite 303
Pooler, GA 31322
912.748.1204 T  912.748.9731 F

Bar # 498275

← We asked him to appear in
court but he would not.
we asked him for a letter
stating he did not Know about
the Forecloser or court dates,
that he should me I have insurance through my monthly
mortage payment. I believe he is involved. We still made
payments in good faith.

George A Waters
10982 Ford Ave.
Richmond Hill, Ga. 31324 → Stole my money. Did not
defend my Case in Supieeer
court in Pembroke Ga. or
(912) - 756- 3417    appear in front of the Judge.

Law Offices of
Gastin & Hill

Office Hours 9:00a - 5:00p
Monday - Friday

Jeremiah B. Gastin
Attorney at Law

1020 Drayton Street
Ste. 201
Savannah, GA 31401

Phone: (912) 232-0203
Fax: (912) 236-3123
Email: jgastin@gastinhill.com

→ They decided to step away from
my case. Gastin told me not
to pay the property taxes.
now Sinckhole has it. They
are involved.



McNamaraAdams, PC
Attorneys & Counselors at Law

Offices in Savannah and Pooler
Real Estate Closings • Wills and Probate

www.McNamaraAdamsAtLaw.com

**Mary "Molly" McNamara Adams**

*Attorney at Law*

912.660.3953 C
molly@mcnamaraadams.com

7370 Hodgson Memorial Drive
Suite B-11
Savannah, GA 31406
912.355.1109 T   912.351.0417 F

130 Canal Street
Suite 303
Pooler, GA 31322
912.748.1204 T   912.748.9731 F

Bar # 003746

Case 4:24-cv-00002-JRH-CLR Document 4 Filed 01/19/24 Page 95 of 102

| | First Yr | Number | Taxpayer Name/Bill | Amt/Account | Description/Map/Notice/Address |
|---|---|---|---|---|---|
| 1 | 2014 | M 001856 | PROMAN GLENN J | | |
| | 1996 | * PAID * | | 30228 042 | 050          000000 |
| 2 | 2015 | 014210 | PROMAN GLENN J | | 20GMD L#8 PROMAN SD PBG-2-137 |
| | 2014 | * PAID * | 440.16 | 3942R15 042 | 050          010720 |
| | 2016 | 03 11 | | | |
| 3 | 2015 | M 001633 | PROMAN GLENN J | | |
| | | * PAID * | | 30228 042 | 050          000000 |
| | 2016 | 02 29 | | | |
| 4 | 2016 | 014959 | PROMAN GLENN J | | 20GMD L#8 PROMAN SD PBG-2-137 |
| | 2015 | * PAID * | 452.92 | 3942R16 042 | 050          011058 |
| | 2017 | 04 07 | | | |
| 5 | 2016 | M 001630 | PROMAN GLENN J | | PROMAN HILL RD  67 |
| | | * PAID * | | 30228 042 | 050          000000 |
| | 2016 | 01 03 | | | |
| | 0000 | 03 01 | | | |

Enter Select/Search Items                                                                    Paid = Y

F3=Return                    F7=End                        F9=Search Addrs          F8=Show/Omit Pd

FSMBF01                    CINCEL AND COLLECT PRIOR COUNTY COMM                    13:20:30
      1996 First Yr
I  8I I  Number    Taxpayer Name/Bill  Amt/Account  Description/Map/Notice/Address
1  2017    * 813383  PROMAN GLENN J                  20GMD L#8 PROMAN SD PBG-2-137
      2018  01 24                445.96    3942R17   042        050         011162
      *  PAID *
2  2017    M 001644  PROMAN GLENN J                  042-050
      2018  02 08                          30228     042        050         000000
      *  PAID *
3  2018    * 018010  SINKHOLE LLC                    20GMD L#8 PROMAN SD PBG-2-137
      2018  02 22                623.70    3942R18   042        050         013375
      *  PAID *
4  2018    M 001924  SINKHOLE LLC                    PROMAN HILL RD   67
      2019  02 06                          30228     042        050         000000
      *  PAID *
5  2019    000825  BACONTOWN PROPERTIES LLC          20GMD L#8 PROMAN SD PBG-2-137
                                867.84    3942R19    042        050         000621
                                                     67 PROMAN HILL RD
   0000

Enter Select/Search Items                                                  Paid = Y

F3=Return            F7=End            F9=Search Addrs      F8=Show/Omit  Pd

```
FSMBF01                    LAKKUL ANN COLEMAN COUNTY TAX COMM           9/25/20
                              Master Billing Selection                 13:42:21
   1996 First Yr
   Bill  Number  Taxpayer Name/Bill/Amt/Account   Description/Map/Notice/Address
 1 2019 M 000063 BACONTOWN PROPERTIES LLC          PROMAN HILL RD    67
   * PAID *                                 30228 042          050      000000
   2019 02 22
 2 2020   000832 BACONTOWN PROPERTIES LLC          20 GMD L#8 PROMAN SD PBG-2-137
                  839.54                 3942R20 042          050      000830
 3 2020 M 000067 BACONTOWN PROPERTIES LLC          67 PROMAN HILL RD RD
   * PAID *                                 30228 042          050      000000
 4 1996 * 051390 PHILLIPS RICHARD ANTHONY          PROMAN HILL RR RD
   * PAID *        315.05                669640-001 042        051      000000
   1998 09 30
 5 1997   007339 PHILLIPS RICHARD ANTHONY          20 GMD LOT 7 PRO
                  299.24                345500-001 042         051      000000
   2001 01 31
   0000.
 Enter Select/Search Items                                                    +

 F3=Return          F7=End                                       Paid = Y
                                   F9=Search Addrs        F8=Show/Omit Pd
```

```
   XS
CARROL ANN COLEMAN                  CLK  DATE PAID SEQ NO
BRYAN COUNTY TAX COMM               HF  2017 01 03 131534
PO BOX 447                          CHECK #:
PEMBROKE, GA 31321                  PAID BY: PROMAN GLENN & DORIS

BILLING NAME & ADDRESS:
PROMAN GLENN J                      BILL# -  2016 014959
                                    MAP # -  042       050
                                    LOCTN -  20GMD L#8 PROMAN SD PBG-2-137
P.O. BOX 2386
RICHMOND HILL          GA 31324

TAX AMOUNT DUE         257.81
PENALTY DUE               .00
INTEREST DUE             2.78

COSTS DUE                 .00
TOTAL DUE              260.59
AMOUNT PAID           260.59
CURRENT BALANCE           .00
```

$260.60 ca prim
.14 out

PAID

JAN 03 2017

Bryan County, Georgia

```
   XS
CARROL ANN COLEMAN                  CLK  DATE PAID SEQ NO
BRYAN COUNTY TAX COMM               HF  2017 01 03 131534
PO BOX 447                          CHECK #:
PEMBROKE, GA 31321                  PAID BY: PROMAN GLENN & DORIS

BILLING NAME & ADDRESS:
PROMAN GLENN J                      BILL# -  2016 014959
                                    MAP # -  042       050
                                    LOCTN -  20GMD L#8 PROMAN SD PBG-2-137
P.O. BOX 2386
RICHMOND HILL          GA 31324

TAX AMOUNT DUE         257.81
PENALTY DUE               .00
INTEREST DUE             2.78

COSTS DUE                 .00
TOTAL DUE              260.59
AMOUNT PAID           260.59
CURRENT BALANCE           .00
```



# BRYAN COUNTY SHERIFF'S OFFICE INCIDENT REPORT
## MISCELLANEOUS

PUBLIC COPY
ORIGINAL REPORT

AGENCY ID: A0150000

CASE NUMBER: 18010488

| Status | INCIDENT TYPE | CNT | GOC | UCR CODE | UCR DESCRIPTION |
|---|---|---|---|---|---|
| | CIVIL MATTER | 1 | N | 7399 | OTHER:OTHER THAN WHATS AVAILABLE |

**Event**

LOCATION DESCRIPTION AND ADDRESS
87 PROMAN HILL RD
87 PROMAN HILL RD
RICHMOND HILL, GA 31324

ZONE: 2
RICHMOND HILL

PREMISE TYPE

| | |
|---|---|
| HIGHWAY | SVC STATION |
| CONVENIENCE STORE | BANK |
| COMMERCIAL X | RESIDENCE |
| SCHOOL/CAMPUS | ALL OTHERS |

| INCIDENT DATE | TIME | DATE | TIME |
|---|---|---|---|
| 01/18/2018 | 1100 | TO 01/18/2018 | 1200 |

STRANGER TO STRANGER: YES ☐ NO ☐ UNK ☒

DISCOVERED BY: Officer On Patrol ☐  Reporting Party ☐  Private Security ☐  Alarm ☐  Complainant ☐

DAY OF THE WEEK (INCIDENT): SUN ☐ MON ☐ TUE ☐ WED ☒ THU ☐ FRI ☐ SAT ☐ UNK ☐

WEATHER CONDITIONS: CLEAR

WEAPON TYPE

| | |
|---|---|
| GUN | KNIFE | HANDS/FISTS, ETC. |
| OTHER | | UNKNOWN |

**Property Totals**

| 01 - VEHICLES | | 02 - CURRENCY, NOTES, ETC. | 03 - JEWELRY, PREC. METALS | 04 - FURS | THEFT / RECV. | GOVT PROP. |
|---|---|---|---|---|---|---|
| STOLEN | | | | | | |
| RECOVERED | | | | | | |
| 05 - CLOTHING | | 06 - OFFICE EQUIP. | 07 - TV, RADIO, ETC. | 08 - HOUSEHOLD GOODS | | |
| STOLEN | | | | | | |
| RECOVERED | | | | | | |
| 09 - FIREARMS | | 10 - CONSUMABLE GOODS | 11 - LIVESTOCK | 12 - OTHER | TOTALS | THEFT DATE |
| STOLEN | | | | | | |
| RECOVERED | | | | | | RECOVERY DATE |

**Drug**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? YES ☐ NO ☒
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER

CID INVESTIGATION INDICATE THAT INCIDENT WAS GANG RELATED? YES ☐ NO ☒

NAME OF GANG:

| DRUG 1 | DRUG 2 | DRUG 3 | DRUG 4 | DRUG 5 |
|---|---|---|---|---|
| DRUG 6 | DRUG 7 | DRUG 8 | DRUG 9 | DRUG 10 |

**State**

OCA:

PERSON ☐ WARRANT  VEHICLE ☐  ENTRY  ARTICLE ☐  CANCEL  BOAT ☐  GUN ☐  CLEARANCE

**CASE STATUS**

ACTIVE ☐ 1  CLEARED BY ARREST ☐ 2  EX CLEARED ☒ 3  UNFOUNDED ☐ 4  INACTIVE ☐ 5

**Administration**

ARREST AT OR NEAR OFFENSE SCENE: YES ☐ NO ☐

TOTAL NUMBER ARRESTED:

DATE OF REPORT: 01/18/2018   ADULT ☒   JUVENILE ☐

EVIDENCE COLLECTED? ☐
PHOTOS TAKEN? ☐
FOLLOW UP - PATROL? ☐
CLEARANCE DATE: 01/18/2018

PRINTS TAKEN? ☐
COMPLAINT UNFOUNDED? ☐
FOLLOW UP - DETECTIVES ☐
CASE STATUS: EXCEPT. CLEARED

BIO./DNA EVIDENCE? ☐
WILLING TO PROSECUTE? ☐
RESPONSE CODE

| REPORTING OFFICER | B124 | JEFFERY DAVIS | REVIEWED BY | B147 | SGT. ISAIAH BROWN III |
|---|---|---|---|---|---|
| APPROVING OFFICER | B147 | SGT. ISAIAH BROWN III | REVIEWED DATE | 01/18/2018 | |
| APPROVED DATE | 01/18/2018 | | DIVISION ASSIGNED | | |
| | | | ASSIGNED DATE | | |
| | | | INVESTIGATOR ASSIGNED | | |
| | | | ASSIGNED DATE | | |

## BRYAN COUNTY SHERIFF'S OFFICE INCIDENT REPORT

AGENCY ID
3A0150000

CASE NUMBER
18010488

| [X] COMPLAINANT | VICTIM | WITNESS | OFFENDER | PRIMARY AGGRESSOR | JUVENILE | RAPE VICTIM | WARRANT | ARRESTED |

NAME PROMAN, DORIS

ADDRESS 67 PROMAN HILL RD

CITY RICHMOND HILL   ST GA   ZIP 31324

EMAIL

TYPE

EMP.

SCHOOL

SSN

DOB            AGE        RACE W   HEIGHT 501   HAIR BRO

SEX F   WEIGHT 120   EYES BRO

YEAR OF BIRTH 1951

PHONE 912-321-8971

CELL

MISSING   DEAD/UNIDENTIFIED   UNKNOWN   RETURNED   WANTED   SUSPECT   WORK PHONE

OFF. DATE/TIME

ARREST DATE            ARREST TIME        ARR. AGENCY

ARREST / AT NEAR   OFFENDER TRACK NO.

ORI

GCIC CLASS. NO.

CHARGES

STATUTE        INCIDENT TYPE                              CNT   UCR CODE   UCR DESCRIPTION

AGENCY-ID
3A0150000

### BRYAN COUNTY SHERIFF'S OFFICE INCIDENT REPORT

CASE NUMBER
18010488

| NARRATIVE | | Seq. No.   1 |
|---|---|---|
| Narrative Type | Reporting Officer | Statement Date   Time |
| NARRATIVE | B124   JEFFERY DAVIS | 01/18/2018   1359 |

Ms. Proman advised that she filed bankruptcy on 06/06/2017. She went to the tax office to get a copy of the taxes on her property for court. The document from the tax office shows Sinkhole LLC of Black Creek, Georgia as the property owner as of 01/03/2017.

Ms. Proman advised that her property was protected under the bankruptcy and Sinkhole LLC is violating the bankruptcy laws. She has a date in bankruptcy court on 01/25/2018.

Deputy Davis advised Ms. Proman this matter is a civil issue. She needed to take all of her documentation to court with her. If Sinkhole LLC is violating the law, the Judge in bankruptcy court can resolve and correct the issue.

# Photo Document Mailer

## The UPS Store®

### Do not fold or bend

RECEIVED

From:

UNITED STATES MAGISTRATE JUDGE
8 SOUTH...
SAV...

0129 - 3533
8.000
SAVANNAH GA 31401
124 BARNARD ST
UNITED STATES MAGISTRATE JUDGE

P 100

REF #1: 5663
REF #2: J5

ISH 13.000 BIXOLON S 50.50 12/2023

BILLING: P/P

TRACKING #: 1Z C1R 500 03 0314 4582

## UPS GROUND

1ZC1R60003031446B2

GA 314 8-03

SHIP TO:
UNITED STATES MAGISTRATE JUDGE
CHRISTOPHER L. RAY
124 BARNARD ST
SAVANNAH GA 31401

DAV                    10/18/2024 23:45 31401

SHIP
FROM:
SHIP CUSTOMER1DDRED I

DORIS PROVAU
(912) 321-6971
THE UPS STORE #5963
STE E3
60 EXCHANGE ST
RICHMOND HILL GA 31324
SHIP WT: 2 LBS
DATE: 08 JAN 2024

2 LBS    1 OF 1

