Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia ▾

Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2024 FEB 26  P 4: 50

CLERK _____
SO. DIST. OF GA.

Doris Proman
Glenn Proman

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Carol Bacon Miller

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.     CV424-2

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Doris Proman — x Glenn Roman |
| Street Address | 9664 Ford Ave. Unit 2386 |
| City and County | Richmond Hill (Bryan County) |
| State and Zip Code | Ga. 31324 |
| Telephone Number | 912- 321 - 8971 |
| E-mail Address | dorisproman30@gmail.com |

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name     Carol Bacon Miller

Job or Title *(if known)*     Bacontown Properties LLC.

Street Address     144 Old Mill Creek Rd.

City and County     Pembroke (Ellabell)

State and Zip Code     Ga 31308

Telephone Number     (912)- 232-1192 or (912)-653-4040

E-mail Address *(if known)*     Carol@carolbaconmiller-law.com

FAX NO:     (912)-653-4041

Defendant No. 2

Name     David Shawn Williams

Job or Title *(if known)*     Carpet cleaning Service

Street Address     2149 Black Creek Church Rd.

City and County     Pembroke (Ellabell)

State and Zip Code     Ga. 31308

Telephone Number     912-659-4641

E-mail Address *(if known)*

Defendant No. 3

Name     McNamara- Adams, PC.

Job or Title *(if known)*     lawyers

Street Address     7370 Hodgason Memorial Dr.

City and County     Sav. (chatham County)

State and Zip Code     Ga. 31406

Telephone Number     (912)-355-1109

E-mail Address *(if known)*     www. McNamara Adams@law.com

Fax no:     (912)-351-0417

Defendant No. 4

Name     Haydee Rodriquez Greeno

Job or Title *(if known)*     wife ?

**witness →** Street Address     214 Hall St. APT. 46

City and County     Hinesville (Liberty County)

State and Zip Code     Ga. 31313

Telephone Number     Telephone no. is blocked - Out on the police report.

E-mail Address *(if known)*     (Drivers Name is not on the police report)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name    Cameron C. Kullman

Job or Title *(if known)*    Attorney At Law

Street Address    410 E Bay St.

City and County    Sav. (chatham (County)

State and Zip Code    Ga. 31401

Telephone Number    (912) - 662-5486

E-mail Address *(if known)*

Defendant No. 2

Name    George A. Waters

Job or Title *(if known)*    Attorney AT LAW

Street Address    10982 Ford Ave.

City and County    Richmond Hill (Bryan) County

State and Zip Code    Ga. 31324

Telephone Number    (912) - 756-3417

E-mail Address *(if known)*

Defendant No. 3

Name    Michael Minard

Job or Title *(if known)*    Organizer (manager)

Street Address    140 old Mill Creek Rd.

City and County    Pembroke (Ellabell) County

State and Zip Code    Ga. 31308

Telephone Number    (915) - 858-0102

E-mail Address *(if known)*

Defendant No. 4

Name    Michelle Seger

Job or Title *(if known)*    Organizer (Manager)

Street Address    140 old Mill Creek Rd. (P.O. Box 629)

City and County    Pembroke (Ellabell) County

State and Zip Code    Ga. 31308

Telephone Number    912-858-0102

E-mail Address *(if known)*

Page 2 of 5

Newrez LLC. Mortgage Lender

b.    If the defendant is a corporation

The defendant, *(name)* Baron Silverstein , is incorporated under
(CEO) President of Newrez LLC.
the laws of the State of *(name)* Texas , and has its

principal place of business in the State of *(name)* Coppell, Texas 75019
1525 S. Belt line Rd.
Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .
855-808-2124 Customer Care 866-317-2347

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

#1,000.000

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Page-1

paragraph 1
I. Doris Proman received a phone call at work from Caliber Home Loans now Newrez LLC. Mortgage Lender I was behind in my mortgage payments. In good faith all payments were made.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Therefore – The Promans request that the court grant the following relief: Start an investigation. The amount showing includes damages for tremendous emotional disorder over a long period of time.

P8l

Settlement of Claim Continued Page 2

Newrez LLC. Mortgage Lender

Dates:

paragraph 2

05-27-2014   Requested from USPS check tracers. Two from the Post office were never cashed. Post office re-issued money orders. They were re-sent to sender.

paragraph 3

11-19-2014   Caliber Home loans now Newrez LLC Mortgage Lender submitted a letter to my P.O. Box in Richmond Hill, Ga. stating we were going into default if all payments missing or not payed were made. In four weeks all payments were made in good faith.

paragraph 4

09-05-2016   Submitted request letter to Western Union Financial Services Inc. fee was included to trace the check. Check showed it was cashed.

paragraph 5

11-30-2016   Requested check tracer from Western Union at Kroger in Richmond Hill, Ga. Fee was included. Money order was never cashed. New money order was re-sent back to sender.

Statement of Claim Continued Page 3

Dates:       Newrez LLC. Mortgage Lender

paragraph    6

05-27-2014    Requested from USPS check tracers.
two from the Post office were never
Cashed. Post office re-issued money
orders. They were re-sent.

paragraph    7

09-05-2016    Submitted request letter to Western Union
financial Services Inc. fee was included
to trace the check. Check was cashed

paragraph    8

11-30-2016    Requested check tracer from Western Union at
Kroger in Richmond Hill, Ga. fee was included.
Money order was never cash. Money order
was sent back to sender.

paragraph    9

11-20-2017    Caliber Home loans now Newrez LLC
Mortgage Lender requesting payments for
Several checks not received.

Settelment of Claim Continued   Page 7

Dates:            Newrez LLC. Mortgage Lender

paragraph.          10

11-20-2017   Caliber Home Loans now Newrez LLC.
Mortgage Lender requesting payments for
several checks not received.

paragraph          11

Caliber Home Loans now Newrez LLC. Mortgage
Lender stated we have no home insurance and
I mailed them a copy of the insurance. I
explained it was added to the Mortgage
payments.

paragraph          12

01-25-2018   At the United States Bankrupcy Court we
were denied "Due process of law." No one
would lisen to us. The meeting already took
place. We wanted to prove our innocence.
We requested in the beginning to attened the
meeting to our bankrupcy lawyers but it
already took place without our notice.

paragraph          13

9-19-2018   I joined earlier 3 action Lawsuits, Ashfaq
Hussan V. LSFS Master participation Trust,
el. al; class No. 0116-CV- 04035- 52f-AKT
(E.D.N.Y.).

Self-Account of Claim Continued Page 6

Dates:

Newrez LLC. Mortgage Lender

Paragraph 14

10-29-2019

2nd class action lawsuit by Rickett v. Caliber Administrator. We won

Paragraph 15.

10-29-2019

3rd class action lawsuit by Rickett v. Caliber Administrator. (different case). We Won.

Paragraph 16

04-22-2019
11-08-2019 ⟩

Received letters from U.S. Department of Justice. I testified, they found a person who was held that worked at the post office in Richmond Hill, Ga. Guilty of theft to receipt of stolen mail matter generaly. (1st charge). Incarcerated, and Restitution.

Caliber Home Loans now Newrez LLC Mortgage Lender submitted fraud mail with fake certified numbers.

<u>Relief</u>

<u>Newrez LLC. Mortgage Lender</u>                     pg 2

Our sleepless nights, severe pain due to my
brain tumor. Damage to my left leg.
Severe truma and eating disorder.
Walking so long my heart became weak
and my azma attacks became worse.
My home is coming apart on the rt-side
and sinking. ceiling are coming apart.
Somone always breaking into our home.
Vadilisum when you least expect it, My
husband losing hrs. of work and
completly excusted where is body can stand
no more. We are not Attorneys nor
lawyers. Just simple people that never
deserved this. paying $543.43 since
We have been paying. still paying. There
all this occured. And still home. We barely are
is no money to fix the home. My husbands
making it. I am very ill. fall on our home
head is a mess since the
roof.
        We still have hope! As of today, we
have paid in 1,879,172.94. This is
shameful.
We seek Monetary damages
My vision is bad since the fall and
blurness due to the brain tumor. Also
my left hearing is almost gone due to
the fall in the kitchen. The brain tumor
is putting alot of presure on it.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

WSFS Financial Corporation

    b.    If the defendant is a corporation

The defendant, *(name)* Rodger Levenson , is incorporated under

*Chairman, Pres. and Cheif Executive officer of WSFS*

the laws of the State of *(name)* Delaware , and has its

principal place of business in the State of *(name)* Wilmington, Delaware 19801

*500 Delaware Ave. 10th, 11th and 12th Floors*

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

(215) 253-5566   888-973-7226   Cust. Ser. 888-973-7226

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000.000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

paragraph 1                                                                    page 1

02-15-2005   We made over the payment amount in order to pay the
10-13-06   loan off earlier in good faith. Many payments going to
different accounts.                              (Please see Attachment)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Promans seek the same as we requested to Newrez LLC. Mortage Lender for relief. No different.

Settlement of Claim                     Pg 2

WSFS Financial Corporation

2005-2006            paragraph 1

Beneficial now WSFS Financial
Corporation continued moving and closing
their companies at the time,
certified letter was returned untouched.
Phones were all disconnected.
Benefical Knew our house was paid for.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     _Feb 26, 2024_

Signature of Plaintiff     _Doris Vroman_   x  _Glenn Vroman_

Printed Name of Plaintiff     _Doris Vroman_   x  _Glenn Vroman_

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

Date: _____

George A Waters

paragraph 1

01-09-2016
04-24-2017

Promans paid George A Waters for representation in Court, 1st Court Judge stated the case was in the wrong Court. Needed to take it higher. paragraph 2

04-28-2017

Promans entered into Court But George Waters did not represent the Promans. He was handling his cases in Majestrate Court. Promans paid Waters in full. paragraph 3

06-02-2017

Promans entered into Bankrupcy by the Gaston law firm. The property and home was put on hold til evidence came in. No notice was submitted as to forcloser. We were not served properly of this notice. paragraph 4

On Feb. 21, 2022

Promans were denied a trail Jury. no reason given.

paragraph 5

03-31-2022

A judgment was entered and breached by Carol Bacon Miller. Her letter had no experation date and continued for the Promans to find a company who would submit the monies but the same issue continued. All bought out.

Date:                    David Shawn Williams

                              paragraph 1
10-30-2023   Received notice to terminate
tenancy. letter has no holding. from the 30th
of October to Nov. 27, 2023 is not 60 days as
the letter stated.

                         paragraph 2
11-30-2023
             My home was broken into. Gangsters distroying
home. Same gangsters following Ms. Proman
every where.        paragraph 3
01-06-2017
11-25-2023   I spoke with a Deputy and told him
2 cars were trying to run us off the road.
Just as in the month of Jan. 06, 2017
David Shawn Williams and his Black friend
were speeding on Proman Hill Rd. and almost
killed me knowing I have a very bad leg.

Statement of Claim Continued

Date:

11-15-2023 Promans submitted to everyone Doris Proman had open heart surgery twice, 1 week apart from each one. Complications occured and no one returned calls to the Promans. A certified check was held and not submitted to senders due to surgery.

01-04-2024 Judge Carolyn D Shervette-Montgomery ordered payments to be made but on

01-04-2024 order was amended due to the Promans had the evidence from their Bank showing when the Certifide check was written and in her possession.

01-10-2024 Promans filed a petition to federal court due to Theft Deseption and Mortgage fraud., Also Attempted murder.

P81

Date:                    Carol Bacon Miller
                            paragraph 1
06-01-2017     Payments were made to Superior Court in
                    Pembroke, Ga. Court Clerk stated Continue
                    making payments to the Court til evidence
                    surfaces.

                            paragraph 2
06-01-2017     Carol Bacon Miller requested I sign a
                    form in Superior Court. form was to do
                    away with my home insurance and her's
                    would have preference.

                            paragraph 3
10-27-2018     Carol Bacon Miller filed for a Quit claim
                    deed. She had deeds put in her name.

                            paragraph 4
05-17-2018     Carol Bacon Miller bought out Mr. Camron C.
                    Kullman who was representing us. After
                    so many monthes Mr. Kullman showed me
                    Carol's letter. Mr. Kullman also was
                    checking Caliber's certified letters.
                    Certified numbers were not real.

                            paragraph 5
05-17-2018     Carol Bacon Miller continued to buy-out
                    any company that excepted the Fromans.

Settlement of Claim Continued   pg 1

Carol Bacon Miller

Dates:

06-01-2017

paragraph 1

Payments made to Superior Court in Pembroke, Ga. till evidence comes in.

06-01-2017

paragraph 2

A Paper was signed in Superior Court requested by Carol Bacon Miller. Never stated the issue but made a smart remark.

10-27-2018

paragraph 3

Carol Bacon Miller filed for Quit claim deed. Put everything in her name.

01-26-2022

paragraph 4

Carol Bacon Miller requesting payments be made to her account Statement. Account no. has my tittle no. 502325R

paragraph 5

03-31-2022   Carol Bacon Miller is willing to sell property back. for $ 75 000. 00 plus all closing cost and more But, seems she is stalling.

Statement of Claim Continued pg 2

Carol Bacon Miller

Dates:

Carol   paragraph 6

11-10-2021

Carol Bacon Miller stated on my cell phone she had no home insurance for my home due to two (2) accidents that occured in the Kitchen floor. I had my phone on speaker and the Sheriff heard the whole conversation.

paragraph 7

03-21-2022   Arrest Warrants were never served., a court clerk stated to wait a week due to it was too early to send them out.

paragraph 8

06---2022   Carol Bacon Miller requested I contact as many companies as possiable to receive the $75,000.00 for land and home deed and tittle. All these places stated something different after we were excepted for a loan.

<u>Relief</u>

The Proman's seek relief from Carol Bacon Miller, Cameron C. Kullman, George A. Waters, McNamara-Adams PC. A shared amount. Including David Shawn Williams

Proman's seek, $1,879,172.94 Taken monies and the return of our property and home deed and tittle.

Mr. Williams will have to face the law for attempted murder — I will fear no more. I pray my federal Court to prevail in good faith. Plus all our attorney fees that we paid out. "Enough is Enough"..!

Doris Proman and Glenn Proman