UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DORIS PROMAN, and )
GLENN J. PROMAN, )
 )
    Plaintiffs, )
 )
v. ) CV424-002
 )
CAROL BACON MILLER, *et al.*, )
 )
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 10), to which no objections have been filed. The Report and Recommendation is, therefore, **ADOPTED**. (Doc. no. 10.) Plaintiffs' Second Amended Complaint is **DISMISSED**. (Doc. no. 8.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA